Echota Wolfclan
v.
Washington State DSHS
Pierce County Council et al

Case #
Declaration

Kristopher Starkgraf
Bkg# 2023059007

FILED ___ LODGED
___ RECEIVED
MAY 02 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

I been housed in Unit 3 North A (mental health housing) for the last 4 weeks or so, every night I am waking up with feces, urine, and possibly other toxic bodily fluids. There is a strong odor of all this hazardous waste splashing around the walls and surrounding floor of my cell. During the time this occurs each night, I am denied cleaning supplys and any ways of filing grievances about this issue at the time of need. As a result, I am forced to be exposed to the odor and hazardous biological waste for periods of over 12 hours at a time, and am told by medical staff to avoid contact with others when throwing up or having Ohiarrea. When I clean my cell, I am not given any gloves or eyeware or other PPE or any extra changes of clothes, leaving me to contaminate my bedding when I sleep.

I declare under penalty of perjury that the above statement is true to the best of my knowledge.

Signed this day of April 9th, 2023
KRISTOPHER STARKGRAF
Kristopher Starkgraf

Case # _____

Echota WolfClan

v.

Washington State DSHS
Pierce County Council et al

Declaration of

Carl Boyd Obenchin
Bkg# 2023057006

Feb on or Around Feb 26 on Feb 26 Entering 3 MA A 16-17 Cell. A 18 Flushes Raw Cums up In my Tolet. Every morning I have to get up to Raw Suggege. And Eat my Breakfest. Some Time Eat my Lunch. In a unclean Cell. I Am Dinid Cleaning Supplys. In Time of Need COs Tell me That It Not out Its Not my Time out I Clean my Tolet Back Spash with tule tpaper er. They Denied me grevens A Black mold All over In The Shower. UnSawetary makeing us Sick.

I Testify and declare under Penalty of Persury that the above Declaration is True to the best of my Belief.

Signed this 9th day of April 2023 in Pierce County Jail 3NA

Carl B Obenchin    CARL Boyd Obenchain.

Echota wolfclan | Case #
v. | Declaration of Chris Donapoli
Washington State DSHS | BKg 2023082007
Pierce County Council et al |

FILED ___ LODGE
___ RECEIVED
MAY 02 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPU

around the middle of march i came in 3NA bottom floor and flushed toilet and what a smell and then the next cell flushed toilet and it was in miy toilet to and still smellet that was a problem sorry. i am Chris DoNapoli in 5 cell 4-15-23.

I declare under Penalty of Perjury that the forgoing is True and correct.

Signed this 15th day of April 2023

Signed
Chris DoNapoli

Echota Wolfclan

v.

Washington State DSHS

Pierce County Council et;

Case #

Declaration of Troy Sevasin

BKG # 2022331015

FILED ___ LODGED
___ RECEIVED
MAY 02 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

When I got to SNA8 House the toilets Back flushed with Both Raw sewage. It smells so Bad some Day I could Not eat. Also get sick and Had The Runs. Got sick for 8 Days deydraid and Had to Have fullds. showers My Have Black Mold and Rusty paint.

Signed Troy G. Simm[?]

Under Penalty of Perjury, the foregoing Statement is True and Correct.

Signed this 15th day of April 2023

Troy L. Sovas L.

Troy G. Sova[?]

Echota Wolfclan et al
v.
Washington State DSHS
Pierce County council et al

Case #
Declaration of
Elijah King
BKg # 2023055017

FILED ___ LODGED
___ RECEIVED
MAY 02 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

on or around February 23 i entered 3NA13 and now i am in 3 North A 24 mental health unit every time the cell next to mine flushes, bodily waste gets pushed into the toilet. every day i wake up the toilet is full of fecal matter and other fluides in and on top my toilet. we are denide cleaning supplies in times of need such as lockdowns and etc and are also denide greveinces and PPe.
it constantly stinks of raw sewege in our unit wich gives me headacs, diareah, also our shower vents and our wall are filled with rusted Paint and what we believe to be black mold. i am a unit worker and are forced to clean urin and fecal matter and blood etc without the proper PPe.
i have been forced to go into a vacant cell with a toilet that hasn't been cleared in over a week wich caused the air to be filled with fecal matter wich made me sick. all the people have been getting sick and every nurse tells us to lockdown wich doesnt solve anything.
I declare that the statements are True under Penalty of Perjury. Signed April 9th 2023
Signed Elijah Gabriel King (Elijah G King)

Echota WolfClan
V.
Washington State DSHS
Pierce County Council et al

Case # _____
Declaration of Ibrahim Abdalbarri
2022293015

FILED LODGED
RECEIVED
MAY 02 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

On o Around March 2023 I entered 3north A Mental health Housing unit. Every time the ajoining ceil Flushes the toilet Raw suuage bubbles up and flows into my toilet. We Are denied cleaning supplies in times of need. And Ive Had to eat my breakfast with Raw sewage bach flowing into the toilet.

Are unit constantly smells like Rotten eggs causing one HeadAches and stomach acts. Ive thrown up my meals multiple times. Are shower for the 3 North unit Has black mold falling out of the vent and Rusty paint on to us while we shower.

Please Help to get Facility ReFurbished.

I declare under Penalty of Perjury that the Foregoing Statement is True and Correct.

Signed this 15th day of April 2023

Ibrahim Abd Albarri

[signature]

Echota Wolfclan | Case # Declaration of
v. | Adrian Johnson
Washington State DSHS | BKg# 2021302006
Pierce County Counsel etal

On or around January 2023 I became a resident of 3 North A unit our unit is exposed to the smell of rotten eggs that never leaves is unbrearable and causes me to be sick. our shower vents have black mold and rust

I declare under Penalty of Perjury that the foregoing is True and correct.

Signed April 15th 2023

Adrian Johnson

Echota Wolfclan
Class member
v.
Washington State
(DSHS)
Pierce County Council
etal

Case # _____
Declaration of
Ian Flannery
BKG# 2023061013

FILED ___ LODGED
___ RECEIVED
MAY 02 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

I, Ian Flannery, Class member of Wolfclan v. Washington State (DSHS) et al, am under the Custody of Washington State "DSHS" according to RCW 10.77.088 and being Supervised by Pierce County Jails Policies, Practices and Customs, afforded to us by Pierce County Council.

I am a Resident of the 3 North A (Mental Health Housing Unit) cell 28.

I have an open sore on my leg, that has now Swollen up due to the fecal, urine that has gotten on it Twice now from our toilets inhumane condition of passing and over-Flowing with each-others Raw-Sewage. I had to call a Medical Emergency. My nostrils were Swollen because of the Sewer odors, causing not only infection, but Dizziness, Constant headaches, upset-stomach, vomiting, it's a Torture when I have to wake-up and eat my food next to a Poop Stained & Full toilet with God Knows what diseases.

I declare under Penalty of Purjury the The above Statement is True & Correct.
Signed April 26th 2023 @ Pierce County Jail

Ian Flannery

Wolfclan & Class members
v.
Washington State DSHS
Pierce county council et al

Case # _____
Declaration of Daniel Clark
Bkg # 2022084006

FILED LODGED
RECEIVED
MAY 02 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

I, Daniel Clark, Class Member of Wolfclan v. Washington State D.S.H.S, am a Resident of 3NA Mental Health Housing Unit. The toilets in this unit are unclean, each one back-flushes Raw Sewage, in which causes bubble-ups and splashes of nasty Poop in each-other's Cell. Every morning, I wake up to shit in my toilet every morning, being forced to eat next to a smelly unsanitary toilet... Also, Our Unit produces the most Nausous, gasey odors, leaving us to Constantly in-hale Sewage Particles. I have constant headaches, upset Stomach's, throw-up and at times I can't even eat. My Mental Health is at a Low, constantly depressed at how we are being Treated.

My old Cell-Mate, Chris Dinopali, spoke of hanging himself because the Smell/odor, he then 4/23/2023, told officers that it smelt so bad, and that he didn't feel safe. He was Put in the hole. We are being Treated Worse then General Population.

I declare under Penalty of Purjury that the above Declaration is True & Correct
Signed April 26th 2023 @ Pierce County Jail
Daniel Clark Jr.
Daniel Clark Jr.