Case 3:23-cv-05399-RAJ-GJL   Document 18   Filed 05/10/23   Page 1 of 6

FILED ___ LODGED
___ RECEIVED
MAY 10 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Echota Wolfclan

v.

Washington State DSHS
Pierce County Council et al

Case Supplemental

Today, May 6th 2023, I Complained, and two other individuals complained that another Resident was becoming Manic, even got into My face while I was talking to My Mother. The two other complained, saying he ran into my face, and he Kept going into the other Persons Room. I wrote a Kite and an Electronic Kite. The Sgt. "Miller" responded to my Concern, and after I Cited Case Law, and The Honorable Judges opinion about how I was not only being housed in unsanitary Conditions due to our Sewage and toilets, but now My Rights were being infringed upon by housing those Civilly Committed awaiting Restoration in Dangerous And Severe Punitive Settings, by Placing Dangerous Criminal Detainees in a unit with Civil detainees. The objective

Me→ for a Person undergoing Restoration is to be Restored, not "abused, Threatened by Criminal Detainees" or "Dehumanized by officers". I Cited, "with respect to an individual confined awaiting adjudication under "Civil Process", a Presumption of Punitive Conditions arises where the individual is detained under Conditions

P1

Identical to, Similar to, or More restrictive than, under which Pre-Trial Criminal detainees are held, or where the individual is detained under Conditions More ristrictive than those he or she would face upon Commitment." See Jones v. Baca, 2010 U.S. Dist. LEXIS 143589 ... Citing Jones v. Blanas, 393 F.3d at 933-34.
Now, under no Penological Purpose, I am placed in a Suicide Cell, there was fecal and Pee all over the toilet, I was given no toilet Paper for 4 hours, so I couldn't even clean the Cell with water & toilet Paper; a dehumanizing approach when all one asked for was that the Jail respect our Rights to Sanitary Conditions and reasonable Housing...
I am now being housed in the Jails Most Restrictive Cell, a Suicide Cell in 3 North B 5 Cell, for no other purpose but for another Person's violent, "Manic Behavior" and me citing Case Law about how the Jails, Practices, Procedures and Customs were Violating My Constitutional Rights as a "Civil Detainee"...
I have asked Officer C-O Stephen, White, Sawyer, Hasson about why I am being housed in a "Ristrictive Suicide Cell", they Say, "We have no Idea why you are in this unit, and why the Hell in a Suicide cell, accept they

P. 2

do say it does say "Temporary". I Object!!! To Dehumanize me, to Punk me, to Torture Me Physically and Psychologically under the Term "Temporary", is a Cover up. There is no Justification, there is no Penological Purpose, for Me to be Placed in the most Restrictive Setting, to be gazed at by Spectators, as if I am an animal at the Zoo, because My door is Just a window (no Privacy), Pee and Poop where everyone can see, like an animal, hoping, Just hoping that one day these dehumanizing behaviors will Restore me. Your Honor, these officers, Pierce County Council are Demons... How can they Punish me for Complaining about their facility and my well-being? They are Retaliating against me because of the actions I have taken out against them in this Court, and how I will not stop until the "Public see" what this Demon County is doing to its Citizens.

I have asked Deputy C/O Hamilton & Hasso, for Grievances, but they tell Me to Kite or talk to The Sgt..., yet when I ask for the Sgt, its, Oh he is busy... I am being Denied like always, My Right at Grievance, My Right a Due Process.

P. 3

Your Honor, With Due Respect,

I feel as if they are Trying to see how long it will take for them to Break me, to see how long it will take for me to Stop the Law Suits, how long it will take for me to act like other inmates and Start Pounding on My Door, Cussing and Screaming, but the Voices in My head tell me to Stay Calm and that I Must Endure dehumanizing Hardships as a Good Soldier of Jesus, therefore I must be at Peace in the Spirit, and Fight for our Constitution in the Physical.

This is De-grading, not even one Mental Health Person has come to Speak to me. Again, I am in the Most De-grading, Restrictive Cell in the Jail facility.

1. I Cannot Call Home
2. I have to Poop & Pee while People watch
3. The Light in my Cell will Stay Bright all Night.
4. Cell unsanitary / No Cleaning Supplies.
5. Waited 4 hours to get toilet Paper to wipe Poop of toilet.
6. Cannot come out of Cell.

They are taking me from one Dehumanizing Level, where Toilets are back-flushing, Cells and Unit Smells like Raw Sewage, and being Victimized to

P. 4

another Dehumanizing level, where I am in the Jails Most Punitive Restrictive Cell, 3 north B 5 Suicide...

I am in a Dehumanizing Suicide Cell, yet I am able to have Pencils. Why are They now watching me so closely. I have had no Violent behavior, no write-ups, no violent out-burst, but I have helped Several People file 1983 civil complaints about the Torturous conditions the Jail is housing them in.

The County through it Jail C/O, are punishing me for helping others file 1983 complaint?

Again, I am now being housed in the Jails Suicide Cell, for no Penological Reason, I am not Suicidal because I wouldn't have this Pencil, I was not violent, I was concerned about another Persons "Manic" behavior towards Mine & others well being / Victimization, but still, why am I being Punished.

Please Help.

I Confirm that Everything I have written is True to the Best of my ability
May 6th 2023

Echota Wolfclan
Wolfclan E.

P.S

Inmate Name Echota Wolfclan
Booking Number 2023094005
Pierce County Sheriff's Department
910 Tacoma Ave S
TACOMA WA 98402-2104

TACOMA WA 983
OLYMPIA WA
8 MAY 2023 PM 4 L

98402-320059

FILED _____ ENTERED
_____ RECEIVED

MAY 10 2023

CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

United States District Court
1717 Pacific Ave #3100
Tacoma, WA. 98402