Hello, just writing to you because the other inmate "Troy Severson" recieved his Case number the other day for the Same civil complaint I filed, but sent to Room 3100, 3 days or so before him. I just want to confirm you have recieved my 3 complaints; 1) Septic health conditions in 3NA pod, Pierce County Council. 2) Covid-19, Inslee mandate, personal injury, DrugCourt. 3) Huxley College & Western Washington University.

Hoping this complaint will get them to re-house me to a safer, cleaner unit, currently still living in 3NA health conditions, and being neglected.

Attached is also my 6 month account history, in case you want a copy from me as requested by you to "Severson". Please confirm you have recieved my 3 1981 complaints so I know the workers here are not tampering with my outgoing mail.

Thank you!

Kristopher Starkgraf
KRISTOPHER STARKGRAF
Booking # 2023059007

FILED ___ LODGED ___ RECEIVED
MAY 08 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

Transaction Receipt

Type: COPY FEE - NON PUBLIC
Tran #: 1152723
Stamp: 05/03/2023 02:38 PM
Amount: -0.15
Payee/Depositor:
Note: Copy of 6 months of account history, per request.

Name: STARKGRAF, KRISTOPHER
Number: 4432255
Facility: MAIN
Group: 3NA
Cell: 3NA29

| Account | Amount |
|---|---|
| Commissary Account | -0.15 |
| Current Acct Bal: | 71.62 |

_Kristopher Starkgraf_
Signature

# Inmate Balance History Report - Simple

Created: 5/3/2023 2:37:10PM

Between: 10/1/2022 12:00:00AM - 5/3/2023 11:59:59PM

| Number: | 4432255 | Secondary: | 2023059007 | Location: | MAIN 3NA 3NA29 |

Name: STARKGRAF, KRISTOPHER

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| Beginning Totals | 10/01/2022 12:00:00AM | | 0.00 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 03/05/2023 11:12:15AM | 50.00 | 50.00 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 03/06/2023 04:36:59PM | (20.00) | 30.00 | 0.00 | 0.00 |
| SECURUS PHONE TIME | 03/06/2023 04:37:07PM | (1.00) | 29.00 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 03/06/2023 05:44:48PM | 50.00 | 79.00 | 0.00 | 0.00 |
| ORDER DEBIT | 03/07/2023 08:37:01AM | (78.96) | 0.04 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 03/09/2023 02:14:56PM | 50.00 | 50.04 | 0.00 | 0.00 |
| RETURN CREDIT | 03/14/2023 10:29:19AM | 78.96 | 129.00 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 03/14/2023 09:55:07PM | 50.00 | 179.00 | 0.00 | 0.00 |
| ORDER DEBIT | 03/15/2023 07:03:17PM | (101.76) | 77.24 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 03/20/2023 08:35:22PM | 23.00 | 100.24 | 0.00 | 0.00 |
| ORDER DEBIT | 03/21/2023 12:44:34PM | (99.85) | 0.39 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 03/26/2023 06:45:43PM | 50.00 | 50.39 | 0.00 | 0.00 |
| ORDER DEBIT | 03/28/2023 08:17:12AM | (50.15) | 0.24 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 04/03/2023 09:15:52AM | 100.00 | 100.24 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 04/03/2023 07:25:54PM | 20.00 | 120.24 | 0.00 | 0.00 |
| ORDER DEBIT | 04/04/2023 08:19:11AM | (120.08) | 0.16 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 04/11/2023 01:05:57PM | 100.00 | 100.16 | 0.00 | 0.00 |
| ORDER DEBIT | 04/11/2023 08:09:34PM | (100.08) | 0.08 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 04/17/2023 12:57:29PM | 75.00 | 75.08 | 0.00 | 0.00 |
| ORDER DEBIT | 04/18/2023 10:49:10AM | (73.79) | 1.29 | 0.00 | 0.00 |
| COPY FEE - NON PUBLIC | 04/21/2023 02:07:18PM | (0.15) | 1.14 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 04/24/2023 12:07:46PM | 50.00 | 51.14 | 0.00 | 0.00 |
| POSTAGE METER REIMBURSEMENT | 04/24/2023 12:35:21PM | (0.48) | 50.66 | 0.00 | 0.00 |
| ORDER DEBIT | 04/26/2023 05:30:22PM | (50.41) | 0.25 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 04/27/2023 04:17:13PM | 25.00 | 25.25 | 0.00 | 0.00 |
| COPY FEE - NON PUBLIC | 04/28/2023 03:29:46PM | (0.30) | 24.95 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 05/01/2023 06:38:34PM | 50.00 | 74.95 | 0.00 | 0.00 |
| POSTAGE METER REIMBURSEMENT | 05/02/2023 08:01:31AM | (1.59) | 73.36 | 0.00 | 0.00 |
| POSTAGE METER REIMBURSEMENT | 05/02/2023 08:07:02AM | (1.59) | 71.77 | 0.00 | 0.00 |
| | | **Ending Totals:** | **71.77** | **0.00** | **0.00** |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.



Name: KRISTOPHER STARKGRAF
Booking #: 2023 054 007
Pierce County Sheriff's Department
910 Tacoma Ave South
Tacoma, Wa 98402-2166

Clerk, U.S. District Court
1717 Pacific Ave, Room 3100
Tacoma, WA 98402

FILED ___ LODGED ___ RECEIVED
MAY 08 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY