UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUSTIN ALLEN DAVEY, *et al.*,

    Plaintiffs,

    v.

WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *et al.*,

    Defendants.

CASE NO. 3:23-CV-5399-RAJ-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, hereby finds and ORDERS:

(1)     The Report and Recommendation is approved and adopted;

(2)     Plaintiffs Kristopher Starkgraf, Carl Boyd Obenchain, Christopher Michael Dinapoli, Troy Glenn Sevasin, Elijah Gabriel King, Ibrahim Ibnmuhsin Abdalibarri, Adrian Pierre Johnson, Justin Jeremy Cutler-Lucier, Christian Stevens, Frank Thomas Hinckley, Reid Edward Wasankari, Mark Allen Erisman, Ian William Flannery, Doug Detwiler, Rafael Swensen, Tellieun Harvey, John MacLean, and Daniel Clark are DISMISSED from this action without prejudice to the institution of new, separate lawsuits;

(3)     All proposed Motions (Dkts. 18, 25, 26, 30, 32, 33, 34, 35, 36, 37, 38, 50) are STRICKEN.

(4)     Within thirty (30) days of the date of this Order, Plaintiff Justin Allen Davey shall submit to the Court for review an amended complaint setting forth claims

pertaining only to him. Failure to timely comply with this directive may result in dismissal of this action as to Mr. Davey as well;

(5) If the dismissed Plaintiffs choose to re-file their claims, they shall proceed in separate cases, with each filing a new complaint addressing only their individual claims, and pay a new filing fee or file an application to proceed *in forma pauperis*; and

(6) The Clerk is directed to send copies of this Order to Plaintiffs and to the Hon. Grady J. Leupold.

**DATED** this __ day of [Pick the date].

                                                                                       _____
                                                                                       RICHARD A. JONES
                                                                                       United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2