THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ECHOTA C. WOLFCLAN, on behalf of himself and other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>PIERCE COUNTY, et al.,<br><br>Defendants. | NO.  23-cv-5399-TSZ-SKV<br><br>PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS'  FIRST AMENDED CLASS ACTION COMPLAINT<br><br>**JURY DEMAND** |

## I.     ANSWER

COME NOW the Defendants, Pierce County, by and through their attorneys of record, Mary E. Robnett, Pierce County Prosecuting Attorney, and Frank A. Cornelius, Deputy Prosecuting Attorney, and make the following Answer to Plaintiffs' First Amended Class Action Complaint.  These answering Defendants deny each and every allegation of Plaintiffs' Complaint not specifically admitted to herein.

1. In answer to the allegations in paragraph 1 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative and false.  As to all remaining allegations, Defendants deny the same.

2. In answer to the allegations in paragraph 2 of Plaintiff's Amended Complaint, these

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT - 1
PC's Answer.docx
USDC WAWD No. 23-cv-5399-TSZ-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1  answering Defendants deny the same.

2  3. In answer to the allegations in paragraph 3 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative and call for a legal conclusion. As to the remaining allegations, denied.

4. In answer to the allegations in paragraphs 4 and 5 of Plaintiff's Amended Complaint, these answering Defendants deny the same.

## JURISDICTION AND VENUE

5. In answer to the allegations in paragraphs 6 - 8 of Plaintiff's Amended Complaint, these answering Defendants admit jurisdiction and venue. Defendants deny that cost and attorneys' fees are subject to 42 U.S.C. §1988.  This matter falls under the Prison Litigation Reform Act (PLRA) and all relief, including but not limited potential costs and attorneys' fees, are subject to the PLRA.

## PARTIES

6. In answer to the allegations in paragraph 9 of Plaintiff's Amended Complaint, these answering Defendants admit that Plaintiff was formerly known as Justin Allen Davey, and that he was a pretrial detainee at the Pierce County jail from April 8, 2023, to August 15, 2023.  Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

7. In answer to the allegations in paragraph 10 of Plaintiff's Amended Complaint, these answering Defendants state that Pierce County Council is not a legal entity and is not a proper defendant to this action. See *Nolan v. Snohomish Co.*, 59, Wn. App. 876, 802 P.2d 792 (1990). Defendants admit that Pierce County is a political subdivision. To the extent that further answer is required, Defendants deny the same.

8. In answer to the allegations in paragraphs 11-15 of Plaintiff's Amended Complaint, and

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT - 2
PC's Answer.docx
USDC WAWD No. 23-cv-5399-TSZ-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

as to individually named defendants, these answering Defendants admit they are Pierce County employees. To the extent that further answer is required, Defendants deny the same.

## LEGAL BACKGROUND

9. In answer to the allegations in paragraphs 16 - 22 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative and call for a legal conclusion. As to the remaining allegations, denied.

## FACTUAL ALLEGATIONS

10. In answer to the allegations in paragraph 23 of Plaintiff's Amended Complaint, these answering Defendants admit that Plaintiff was a pretrial detainee at the Pierce County jail in April 2023.  Defendants further answer that the allegations are argumentative. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

11. In answer to the allegations in paragraph 24 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative.  Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

12. In answer to the allegations in paragraph 25 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative.  Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

13. In answer to the allegations in paragraph 26 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative.  Defendants are without sufficient information to admit or deny the remaining allegations, and therefore,

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT - 3
PC's Answer.docx
USDC WAWD No. 23-cv-5399-TSZ-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

    deny the same.

14. In answer to the allegations in paragraph 27 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

15. In answer to the allegations in paragraph 28 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

16. In answer to the allegations in paragraph 29 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

17. In answer to the allegations in paragraph 30 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

18. In answer to the allegations in paragraph 31 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

19. In answer to the allegations in paragraph 32 of Plaintiff's Amended Complaint, these answering Defendants deny the same.

20. In answer to the allegations in paragraph 33 of Plaintiff's Amended Complaint, these

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT - 4
PC's Answer.docx
USDC WAWD No. 23-cv-5399-TSZ-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

answering Defendants state they are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

21. In answer to the allegations in paragraph 34 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants deny the same.

22. In answer to the allegations in paragraph 35 of Plaintiff's Amended Complaint, these answering deny the same.

23. In answer to the allegations in paragraph 36 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

24. In answer to the allegations in paragraph 37 of Plaintiff's Amended Complaint, these answering Defendants state they are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

25. In answer to the allegations in paragraph 38 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

26. In answer to the allegations in paragraph 39 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

27. In answer to the allegations in paragraph 40 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants deny the

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT - 5
PC's Answer.docx
USDC WAWD No. 23-cv-5399-TSZ-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

1  same.

2  28. In answer to the allegations in paragraph 41 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative and require expert opinion. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

3  29. In answer to the allegations in paragraph 42 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative and require medical and/or other expert opinion. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

4  30. In answer to the allegations in paragraph 43 of Plaintiff's Amended Complaint, these answering Defendants state they are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

5  31. In answer to the allegations in paragraph 44 of Plaintiff's Amended Complaint, these answering Defendants deny the same.

6  32. In answer to the allegations in paragraph 45 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

7  33. In answer to the allegations in paragraph 46 of Plaintiff's Amended Complaint, these answering Defendants deny the same.

8  34. In answer to the allegations in paragraph 47 of Plaintiff's Amended Complaint, these answering Defendants state they are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

9  35. In answer to the allegations in paragraph 48 of Plaintiff's Amended Complaint, these

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT - 6
PC's Answer.docx
USDC WAWD No. 23-cv-5399-TSZ-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

answering Defendants state that the allegations are argumentative and false. As to all remaining allegations, Defendants deny the same.

36. In answer to the allegations in paragraph 49 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative and false. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

37. In answer to the allegations in paragraph 50 of Plaintiff's Amended Complaint, these answering Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

38. In answer to the allegations in paragraph 51 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative and false. As to all remaining allegations, Defendants deny the same.

39. In answer to the allegations in paragraph 52 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative and false. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

40. In answer to the allegations in paragraph 53 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative and false. As to all remaining allegations, Defendants deny the same.

41. In answer to the allegations in paragraph 54 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

42. In answer to the allegations in paragraph 55 of Plaintiff's Amended Complaint, these

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT - 7
PC's Answer.docx
USDC WAWD No. 23-cv-5399-TSZ-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

answering Defendants are without sufficient information to admit or deny the allegations, and therefore, deny the same.

43. In answer to the allegations in paragraph 56 of Plaintiff's Amended Complaint, these answering Defendants state they are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

44. In answer to the allegations in paragraph 57 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are not relevant, argumentative, and false. As to all remaining allegations, Defendants deny the same.

45. In answer to the allegations in paragraph 58 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are hearsay, not relevant, argumentative, and false. As to remaining allegations, Defendants deny the same.

46. In answer to the allegations in paragraph 59 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. To the extent that Plaintiff cites prior pleadings, Defendants deny all allegations. As to any remaining allegations, Defendants deny the same.

47. In answer to the allegations in paragraph 60 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative and false. Defendants deny the same.

48. In answer to the allegations in paragraph 61 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

49. In answer to the allegations in paragraph 62 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants deny the

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT - 8
PC's Answer.docx
USDC WAWD No. 23-cv-5399-TSZ-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

same.

50. In answer to the allegations in paragraph 63 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative and require medical and/or other expert opinion. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

51. In answer to the allegations in paragraph 64 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative and require medical and/or other expert opinion. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

52. In answer to the allegations in paragraph 65 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. As to all remaining allegations, Defendants deny the same.

53. In answer to the allegations in paragraph 66 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

54. In answer to the allegations in paragraph 67 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative and require medical and/or other expert opinion. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

55. In answer to the allegations in paragraph 68 of Plaintiff's Amended Complaint, these answering Defendants admit that Plaintiff was a pretrial detainee incarcerated in the Pierce County jail from April 4, 2023, until August 2023. As to all remaining allegations, Defendants are without sufficient information to admit or deny the

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT - 9
PC's Answer.docx
USDC WAWD No. 23-cv-5399-TSZ-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

allegations, and therefore, deny the same.

56. In answer to the allegations in paragraph 69 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative, call for a legal conclusion, and require medical and/or other expert opinion. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

57. In answer to the allegations in paragraph 70 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative, call for a legal conclusion, and require medical and/or other expert opinion. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

58. In answer to the allegations in paragraph 71 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

59. In answer to the allegations in paragraph 72 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative, call for a legal conclusion, and require medical and/or other expert opinion. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

60. In answer to the allegations in paragraph 73 of Plaintiff's Amended Complaint, these answering Defendants deny the same.

61. In answer to the allegations in paragraph 74 of Plaintiff's Amended Complaint, these answering Defendants deny the same.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT - 10
PC's Answer.docx
USDC WAWD No. 23-cv-5399-TSZ-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

62. In answer to the allegations in paragraph 75 of Plaintiff's Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

63. In answer to the allegations in paragraph 76 of Plaintiff's Amended Complaint, these answering Defendants deny the same.

64. In answer to the allegations in paragraph 77 of Plaintiff's Amended Complaint, these answering Defendants deny the same.

65. In answer to the allegations in paragraph 78 of Plaintiff's Amended Complaint, these answering Defendants state they are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

66. In answer to the allegations in paragraph 79 of Plaintiff's Amended Complaint, these answering Defendants deny the same.

67. In answer to the allegations in paragraph 80 of Plaintiff's Amended Complaint, these answering Defendants state they are without sufficient information to admit or deny the remaining allegations, and therefore, deny the same.

## CLAIMS FOR RELIEF

## COUNT I

68. In answer to the allegations in paragraph 81 of Plaintiff's Amended Complaint, these answering Defendants restate and incorporate by reference their responses to the foregoing paragraphs.

69. In answer to the allegations in paragraph 82 of Plaintiff's Amended Complaint, these answering Defendants deny the same.

70. In answer to the allegations in paragraph 83 of Plaintiff's Amended Complaint, these

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT - 11
PC's Answer.docx
USDC WAWD No. 23-cv-5399-TSZ-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

answering Defendants admit that Plaintiff was a pretrial detainee.

71. In answer to the allegations in paragraphs 84 - 86 of Plaintiff's Amended Complaint, these answering Defendants deny the same.

## COUNT II

72. In answer to the allegations in paragraph 87 of Plaintiff's Amended Complaint, these answering Defendants restate and incorporate by reference their responses to the foregoing paragraphs.

73. In answer to the allegations in paragraphs 88 - 92 of Plaintiff's Amended Complaint, these answering Defendants deny the same.

## COUNT III

74. In answer to the allegations in paragraph 93 of Plaintiff's Amended Complaint, these answering Defendants restate and incorporate by reference their responses to the foregoing paragraphs.

75. In answer to the allegations in paragraphs 94 - 96 of Plaintiff's Amended Complaint, these answering Defendants deny the same.

## COUNT IV

76. In answer to the allegations in paragraph 97 of Plaintiff's Amended Complaint, these answering Defendants restate and incorporate by reference their responses to the foregoing paragraphs.

77. In answer to the allegations in paragraphs 98 - 100 of Plaintiff's Amended Complaint, these answering Defendants deny the same.

## PLAINTIFF PRAYER FOR RELIEF

These answering Defendants deny that Plaintiff is entitled to any of the relief requested in Plaintiff's Amended Complaint.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT - 12
PC's Answer.docx
USDC WAWD No. 23-cv-5399-TSZ-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

## II. AFFIRMATIVE AND OTHER DEFENSES

**FURTHER, AND BY WAY OF AFFIRMATIVE AND OTHER DEFENSES, AND ALL OTHER MATTERS OF AVOIDANCE, DEFENDANTS PIERE COUNTY ALLEGE AS FOLLOWS:**

1. FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES: The Plaintiff has failed to exhaust administrative remedies and the action will not lie.

2. FAILURE TO STATE A CLAIM: The Plaintiff has failed to state a claim upon which relief may be granted.

3. FRIVOLOUS AND/OR MALICIOUS CLAIM: Printed words including but not limited to false allegations, history that surrounds filing, and tone of allegations show maliciousness.

4. NO NOTICE OF DEFECT: Defendant Pierce County had no reasonable notice of the defect alleged herein.

5. NO CLAIM FILING AS REQUIRED BY RCW 4.96.020: The Plaintiff has failed to file a claim against Defendant Pierce County as required by RCW 4.96.020.

6. NO PERSONAL FAULT: No violation(s) of constitutional rights by personal actions of individual defendants.

7. QUALIFIED IMMUNITY: Defendants are entitled to qualified immunity as to both state and federal claims.

8. REASONABLE CARE: Defendants' actions were reasonable, and they did not act with deliberate indifference.

9. DISCRETIONARY IMMUNITY: Defendant(s) state that all actions of Defendants alleged as negligence, manifests a reasonable exercise of judgment and discretion by authorized public officials made in the exercise of governmental authority entrusted

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT - 13
PC's Answer.docx
USDC WAWD No. 23-cv-5399-TSZ-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

to them and are neither tortious nor actionable.

10. **GOOD FAITH:** Defendants at all times acted in good faith in the performance of their duties and is therefore immune from suit for the matters charged in Plaintiff's Complaint.

11. **NEGLIGENCE/INTENTIONAL ACT OF THIRD PARTY OR PARTIES:** Defendants state that any alleged damages and/or injuries, if any, claimed by the Plaintiff were proximately caused or contributed to by the negligence and/or intentional conduct of another/others, including but not limited to other inmates, and not from any act or omission by Defendants.

12. **COMPARATIVE FAULT:** Plaintiff's alleged injuries and damages, if any, were proximately caused or contributed to by the fault of Plaintiff.

13. **COLLUSION:** Plaintiff's claims are based on a conspiracy to deceive.

14. **INTERVENING/SUPERSEDING CAUSE:** Defendants state that Plaintiff's claims were caused or made worse by an intervening, supervening and/or superseding event or events.

15. **FAILURE TO MITIGATE:** Defendant states that if Plaintiff suffered any injury or damages, recovery is barred or mitigated by Plaintiff's failure to mitigate damages.

### III. PRAYER FOR RELIEF

**WHEREFORE**, having fully answered Plaintiffs' said Complaint, Defendants pray the Court for the following relief:

1. That Plaintiffs' Complaint be dismissed with prejudice;

2. That Defendants be awarded their costs and reasonable attorney fees incurred herein;

3. That Defendants be allowed to reserve the right to amend this Answer to assert

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
CLASS ACTION COMPLAINT - 14
PC's Answer.docx
USDC WAWD No. 23-cv-5399-TSZ-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

such cross-claims, counterclaims, and/or third-party claims as during the course of discovery herein becomes proper;

    4.    For such other and further relief as may appear just and equitable in the premises.

DATED this 10th day of May, 2024.

    MARY E. ROBNETT
    Pierce County Prosecuting Attorney

    s/ FRANK A. CORNELIUS
    FRANK A. CORNELIUS, WSBA # 29590
    Deputy Prosecuting Attorney / Civil
    930 Tacoma Avenue South, Suite 946
    Tacoma, WA  98402-2102
    Ph: 253-798-6514 / Fax: 253-798-6713
    frank.cornelius@piercecountywa.gov

## CERTIFICATE OF SERVICE

On May 10, 2024, I hereby certify that I electronically filed the foregoing PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mark P. Walters
    Mitchell D. West
    LOWE GRAHAM JONES, PLLC
    1325 Fourth Avenue, Suite 1130
    Seattle, WA  98101
    walters@LoweGrahamJones.com

    The Law Offices of Lisa R. Elliott
    Lisa Elliott
    11120 NE 2nd St., Suite 100
    Bellevue, WA  98004
    lmarieroybal@gmail.com

    s/ NADINE BRITTAIN
    NADINE BRITTAIN
    Legal Assistant / Civil
    930 Tacoma Avenue South, Suite 946, Tacoma, WA 98402-2102
    Tacoma, WA 98402-2160
    Ph:  253-798-6081 / Fax:  253-798-6713
    nadine.christian-brittain@piercecountywa.gov

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT - 15
PC's Answer.docx
USDC WAWD No. 23-cv-5399-TSZ-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713