UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ECHOTA C. WOLFCLAN,

                Plaintiff,

v.

PIERCE COUNTY, *et al.*,

                Defendants.

Case No. C23-5399-TSZ-SKV

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable S. Kate Vaughan, United States Magistrate Judge:

On June 7, 2024, the parties submitted their Combined Joint Status Report and Discovery Plan to the Court for consideration. Dkt. 108. The Court has reviewed the submission and notes the parties' competing positions regarding the scope and timing of discovery and the proposed deadline for submission of a motion for class certification. The Court concludes it would be helpful to discuss these issues with the parties prior to entering a scheduling order in this matter. The Court will therefore hold a telephonic status conference on **July 11, 2024 at 2:00 p.m.**, via Zoom, for this purpose.

MINUTE ORDER - 1

In addition to the scheduling matters referenced above, the Court will also discuss with the parties Plaintiff's proposal that the other lawsuits pending in this district which allege similar claims be stayed pending resolution of the instant action. The parties will be provided a current list of such cases prior to the status conference.

DATED this 18th day of June, 2024.

RAVI SUBRAMANIAN, Clerk

By s/Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2