1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ECHOTA C. WOLFCLAN,

Plaintiff,

v.

PIERCE COUNTY, *et al*.,

Defendants.

Case No. C23-5399-TSZ-SKV

ORDER SETTING DISCOVERY AND
CLASS CERTIFICATION DEADLINES

## INTRODUCTION

This case has been referred to the undersigned United States Magistrate Judge.  The

Court has reviewed the Combined Joint Status Report and Discovery Plan submitted by the

parties (Dkt. 108), and hereby establishes the following schedule:

| Event | Date |
|-------|------|
| All motions related to discovery must be filed by this date and noted for consideration no earlier than 21 days thereafter (*see* LCR 7(d)(3)) | 2/10/2025 |
| All discovery must be completed by this date[1] | 3/10/2025 |

---

[1] Defendants requested in the Combined Joint Status Report and Discovery Plan that discovery be conducted in phases, with initial discovery limited to class certification issues and limited merits discovery related to Plaintiff's underlying claims, with broader merits discovery proceeding only after

ORDER SETTING DISCOVERY AND
CLASS CERTIFICATION DEADLINES - 1

| | |
|---|---|
| Plaintiff's motion for class certification, any motions related to other class certification issues, and any motions for summary judgment relating to individual claims or issues must be filed by this date | 4/10/2025 |
| Defendants' opposition to Plaintiff's motion for class certification, and any responses to motions related to other class certification issues or to motions for summary judgment relating to individual claims or issues must be filed by this date | 5/12/2025 |
| Plaintiff's reply in support of the motion for class certification, and any replies in support of motions related to other class certification issues or to motions for summary judgment relating to individual claims or issues must be filed by this date | 6/11/2025 |
| **Class Certification Hearing** | TBD |

The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause.

## TRIAL RELATED DEADLINES

Trial related deadlines will not be established at this time. The Court will re-visit this issue once class certification has been addressed.

## COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. The Court strictly construes the meet and confer requirements of LCR 37(a). To the extent motions practice is necessary, the Court encourages parties to take advantage of the expedited discovery dispute procedures described in LCR 37(a)(2). This approach may resolve the dispute in an expedient manner and avoid the extra costs associated with motions practice.

---

class certification has been determined. *See* Dkt. 108 at 4-5. Defendants withdrew their request for bifurcated discovery during a status conference held on July 11, 2024.

ORDER SETTING DISCOVERY AND
CLASS CERTIFICATION DEADLINES - 2

Upon the request of any party, and with the Court's approval, a motion may be heard by telephone without the filing of motion papers. *See* Local Civil Rule 7(i). The moving party must make reasonable efforts to have all parties to the discovery dispute participate in contacting the Court to request a telephonic motion. *See id.* Counsel may contact the Court's deputy clerk, Stefanie Prather, by email at Stefanie_Prather@wawd.uscourts.gov or by telephone at (206) 370-8420 to arrange a telephone conference with the Court.

## SETTLEMENT

If this case settles, Plaintiff's counsel shall notify deputy clerk, Stefanie Prather at (206) 370-8420 or via e-mail at: Stefanie_Prather@wawd.uscourts.gov, as soon as possible. Pursuant to LCR11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate. The Clerk is directed to send copies of this Order to all parties of record.

DATED this 21st day of August, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER SETTING DISCOVERY AND
CLASS CERTIFICATION DEADLINES - 3