THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ECHOTA C. WOLFCLAN, on behalf of himself and other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>PIERCE COUNTY, et al.,<br><br>Defendants. | NO. 23-cv-5399-TSZ-SKV<br><br>DECLARATION OF FRANK A. CORNELIUS IN SUPPORT OF DEFENDANT PIERCE COUNTY'S MOTION FOR PROTECTIVE ORDER AND ENTRY OF PROTECTIVE ORDER<br><br>NOTE ON MOTION CALENDAR: AUGUST 30, 2024 |

I, FRANK A. CORNELIUS, declare that I am over the age of 18, have personal knowledge of the matters set forth below, and I am competent to testify to the matters stated herein.

1. I am counsel of record for Defendants in this matter.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendants.

3. Attached hereto as **Exhibit 2** are true and accurate copies of email correspondence dated June 6, 2024, June 10, 2024, and June 11, 2024.

4. Attached hereto as **Exhibit 3** is a true and accurate copy of email correspondence

DECLARATION OF FRANK A. CORNELIUS IN SUPPORT OF DEFENDANT PIERCE COUNTY'S MOTION FOR PROTECTIVE ORDER - 1
Dec FAC ISO MPO.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

dated June 20, 2024.

5. Attached hereto as **Exhibit 4** is a true and accurate copy of Plaintiff's correspondence dated June 27, 2024.

6. Attached hereto as **Exhibit 5** is a true and accurate copy of Defendants' correspondence dated July 10, 2024.

7. Attached hereto as **Exhibit 6** is a true and accurate copy of the Court status conference transcript held July 11, 2024.

8. Attached hereto as **Exhibit 7** is a true and accurate copy of the most recent Answers/Supplements to Plaintiff's First Interrogatories and Requests for Production.

9. Attached hereto as **Exhibit 8** is a true and accurate copy of Defendants' correspondence dated July 17, 2024.

10. Attached hereto as **Exhibit 9** is a true and accurate copy of Plaintiff's correspondence dated July 29, 2024.

11. Attached hereto as **Exhibit 10** is a true and accurate copy of Defendants' correspondence dated July 31, 2024.

12. Attached hereto as **Exhibit 11** are true and accurate copies of email correspondence dated August 1- 2, 2024.

13. Attached hereto as **Exhibit 12** is a true and accurate copy of Defendants' correspondence dated August 12, 2024.

14. Attached hereto as **Exhibit 13** are true and accurate copies of email correspondence dated August 19, 2024.

15. Attached hereto as **Exhibit 14** are true and accurate copies of email correspondence dated August 15, 2024.

16. Attached as **Exhibit 15** is a true and accurate copy of Defendants' proposed

DECLARATION OF FRANK A. CORNELIUS IN SUPPORT OF DEFENDANT
PIERCE COUNTY'S MOTION FOR PROTECTIVE ORDER - 2
Dec FAC ISO MPO.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

1  Protective Order regarding Request for Production No. 19 and Request for Production No. 20.

2  17. The Rule 26(f) meaningful meet and confer requirements were satisfied on June 10, 2024, August 1, 2024, August 13, 2024, and with multiple additional follow-up email communications.

I declare under penalty of perjury of the laws of the State of Washington and the United States the foregoing to be true and accurate.

DATED this 22nd day of August, 2024, at Tacoma, Pierce County, Washington.

        s/FRANK A. CORNELIUS
        FRANK A. CORNELIUS

## CERTIFICATE OF SERVICE

On August 22, 2024, I hereby certify that I electronically filed the foregoing DECLARATION OF FRANK A. CORNELIUS IN SUPPORT OF DEFENDANT PIERCE COUNTY'S MOTION FOR PROTECTIVE ORDER AND ENTRY OF PROTECTIVE ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark P. Walters / WSBA #30819
Mitchell D. West / WSBA #53103
LOWE GRAHAM JONES, PLLC
1325 Fourth Avenue, Suite 1130
Seattle, WA  98101
Office:  (206) 381-3300; Fax: (206) 381-3301
walters@LoweGrahamJones.com
west@lowegrahamjones.com
voigt@lowegrahamjones.com

Lisa R. Elliott / WSBA #41803
THE LAW OFFICES OF LISA R. ELLIOTT
11120 NE 2nd St., Suite 100
Bellevue, WA  98004
Office: (253) 514-7866
lmarieroybal@gmail.com

DECLARATION OF FRANK A. CORNELIUS IN SUPPORT OF DEFENDANT PIERCE COUNTY'S MOTION FOR PROTECTIVE ORDER - 3
Dec FAC ISO MPO.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

J. Scott Pritchard / WSBA #50761
Michael P. Rubin / WSBA #59598
Alissa N. Harris / WSBA #59368
STOEL RIVES, LLP
600 University Street, Suite 3600}
Seattle, WA 98101
Office: (206) 624-0900
scott.pritchard@stoel.com
michael.rubin@stoel.com
ali.harris@stoel.com

s/ NADINE BRITTAIN
NADINE BRITTAIN
Legal Assistant / Civil
930 Tacoma Avenue South, Suite 946
Tacoma, WA 98402-2102
Ph: 253-798-6081 / Fax: 253-798-6713
nadine.christian-brittain@piercecountywa.gov

DECLARATION OF FRANK A. CORNELIUS IN SUPPORT OF DEFENDANT
PIERCE COUNTY'S MOTION FOR PROTECTIVE ORDER - 4
Dec FAC ISO MPO.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713