# EXHIBIT 3

| | |
|---|---|
| **From:** | Frank Cornelius |
| **To:** | Pritchard, J. Scott |
| **Cc:** | Jana Hartman; Mitchell West; Nadine Christian-Brittain; Rubin, Michael P.; walters@lowegrahamjones.com; Lisa Elliott; Harris, Alissa N. |
| **Subject:** | RE: Wolfclan v. Pierce County (C23-5399-TSZ-SKV) - Custodians/Databases Follow up |
| **Date:** | Thursday, June 20, 2024 8:09:11 AM |
| **Attachments:** | image002.png |

Good morning. Without waiving objections to Plaintiff's current discovery requests, please see below initial custodian/database identification.

- **Custodian(s)**: Sheriff's Dept./Jail; Facilities Management; Information Technology (IT) Dept.
- **Database:** Email/Outlook boxes and MS Team Chats for Ed Troyer, Patti Jackson, Matthew Dobson, Anthony Mastendrea
- **Search terms and searches (Plt. to identify applicable Interrog./RFP):** toilet, plumbing, backflow, overflow  (Plaintiff to provide any additional proposed search terms)

Please advise.


**Frank Cornelius**
**Deputy Prosecuting Attorney | Civil Litigation**
Pierce County Prosecuting Attorney's Office Civil Division
930 Tacoma Avenue South, Rm. 946
Tacoma, WA 98402-2171
*Direct Line:* 253.798.6514   Fax: 253.798.6713



Notice of Confidentiality:  This communication from an attorney may be privileged. Do not copy it, forward it, or place it in any public file.  Maintain it separately from public records subject to disclosure.  If you are not an intended recipient, please permanently delete and notify me immediately. Thank you.


**From:** Frank Cornelius
**Sent:** Monday, June 17, 2024 8:17 AM
**To:** Pritchard, J. Scott <scott.pritchard@stoel.com>
**Cc:** Jana Hartman <jana.hartman@piercecountywa.gov>; Mitchell West <west@lowegrahamjones.com>; Nadine Christian-Brittain <nadine.christian-brittain@piercecountywa.gov>; Rubin, Michael P. <michael.rubin@stoel.com>; walters@lowegrahamjones.com; Lisa Elliott <lmarienoybal@gmail.com>; Harris, Alissa N. <alii.harris@stoel.com>
**Subject:** RE: Wolfclan v. Pierce County (C23-5399-TSZ-SKV) - Custodians/Databases Follow up

Good morning Scott. Sorry for the delay.  My goal is to get information to you early this week and I will follow up by Wednesday.

**Frank Cornelius**

**Deputy Prosecuting Attorney | Civil Litigation**
Pierce County Prosecuting Attorney's Office Civil Division
930 Tacoma Avenue South, Rm. 946
Tacoma, WA 98402-2171
Direct Line: 253.798.6514   Fax: 253.798.6713



Notice of Confidentiality:  This communication from an attorney may be privileged. Do not copy it, forward it, or place it in any public file.  Maintain it separately from public records subject to disclosure.  If you are not an intended recipient, please permanently delete and notify me immediately. Thank you.

**From:** Pritchard, J. Scott <scott.pritchard@stoel.com>
**Sent:** Monday, June 17, 2024 8:15 AM
**To:** Frank Cornelius <frank.cornelius@piercecountywa.gov>
**Cc:** Jana Hartman <jana.hartman@piercecountywa.gov>; Mitchell West <west@lowegrahamjones.com>; Nadine Christian-Brittain <nadine.christian-brittain@piercecountywa.gov>; Rubin, Michael P. <michael.rubin@stoel.com>; walters@lowegrahamjones.com; Lisa Elliott <lmarieroybal@gmail.com>; Harris, Alissa N. <ali.harris@stoel.com>
**Subject:** Wolfclan v. Pierce County (C23-5399-TSZ-SKV) - Custodians/Databases Follow up

Hi Frank,

Just checking in on your disclosure regarding custodians and databases.  At our June 10th conference, you had committed to sending us something by Friday, June 14.  Please let us know when we can expect it.

Thanks,

Scott

**Scott Pritchard** | Partner
**STOEL RIVES LLP** | 600 University Street, Suite 3600 | Seattle, WA 98101
Direct: (206) 386-7585 | Mobile: (610) 570-0604
scott.pritchard@stoel.com | Bio | vCard | www.stoel.com



This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.