# EXHIBIT 7

1

2

3

4

5

THE HONORABLE THOMAS S. ZILLY

6

7

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

8

9

ECHOTA C. WOLFCLAN, on behalf of
himself and other similarly situated
individuals,

10

                                        Plaintiffs,

11

            vs.

12

PIERCE COUNTY, et al.,

13

                                        Defendants.

14

NO.  23-cv-5399-TSZ-SKV

PLAINTIFF ECHOTA WOLCLAN'S FIRST
INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANTS

**AND FOURTH SUPPLEMENTAL
ANSWERS THERETO RE: ROG 6, RFP 6
& RFP 17**

15

16

        COME NOW the Defendants by and through their attorneys, Prosecuting Attorney Mary

17

E. Robnett and Deputy Prosecuting Attorney Frank Cornelius to answer Plaintiff Cynthia Fajardo's

18

First Set of Interrogatories and Requests for Production Propounded to Defendant Pierce County.

19

### PRELIMINARY STATEMENT

20

        It should be noted that these responding parties have not completed their investigation of

21

facts related to this case or their discovery and have not completed their preparation for trial.  All

22

of the answers contained herein are based only upon such information and documents that are

23

presently available to and specifically known to these responding parties.

24

        It is anticipated that further discovery, independent investigation, legal research, and

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL
ANSWERS THERETO** - 1
EX 7_P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax: (253) 798-6713

analysis will supply additional facts, add meaning to the known facts, as well as establish entirely new factual conclusions, all of which may lead to substantial additions to, changes in, and variations from the contentions herein set forth.

Therefore, the following interrogatory responses are given without prejudice to the responding parties' right to produce evidence of any subsequently discovered fact or facts which they may later obtain. The responding parties accordingly reserve the right to change any and all answers herein when additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. The answers contained herein are made in a good faith effort to supply as much factual information and as much specification of legal contentions as is presently known but should in no way be to the prejudice of these responding parties in relation to further discovery, research, or analysis.

## GENERAL OBJECTIONS

Defendants object generally to Plaintiff's prefatory instructions and definitions, to the extent they purport to require more than the civil rules for discovery. Defendants neither agree nor stipulates to the preceding definitions and procedures. All answers are provided pursuant to FRCP 26(b). Defendants assert the following additional general objections:

1. **Limitations on Discovery**. This case is currently a single action. Plaintiff Wolfclan seeks to certify a class defined as:

> All detainees held in the Pierce County Jail, Cell Block 3 North A from April 8, 2023, until the present, and any other cell blocks having unremedied plumbing defects leading to the same, similar, or worse living conditions, and all detainees who will be held in those cells blocks in the future ("the Plaintiff Class").

Plaintiff's class definition is overly broad and vague. Class certification has not been decided by the Court.

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 2
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

2. **Relevance and Scope**. Defendants object to Plaintiff's First Set of Interrogatories and Requests for Production because, as written, they are overly broad, vague, and unduly burdensome, many are duplicative and/or seek duplicative information, seek information or documentation not relevant to the subject matter of this action, and are not reasonably calculated to lead to the discovery of admissible evidence.

3. **Proportionality**. Defendants object to Plaintiff's First Set of Interrogatories and Requests for Production as overly broad and unduly burdensome because, as written, they would require extensive, unreasonable, expensive, and labor-intensive investigation that is out of proportion to, and cannot be justified in light of, Plaintiff's claims. See Fed. R. Civ. P. 26(b)(2)(C).

4. **Undue Complexity and/or Additional Obligations**. Defendants object to Plaintiff's First Set of Interrogatories and Requests for Production to the extent they seek to impose discovery obligations above and beyond those imposed by the Federal Rules of Civil Procedure and the Local Rules.

5. **Privilege and Disclosure Limitations**. Defendants object to Plaintiff's First Set of Interrogatories and Requests for Production to the extent they seek information protected from disclosure by privileges and other protections from production including, without limitation, the attorney-client privilege, the work-product doctrine, or any other constitutional, statutory, common law or regulatory protection, limitation, immunity or proscription from disclosure. Defendants do not intend the inadvertent disclosure of any privileged or private and protected information to constitute waiver of Defendants' rights to assert any applicable privilege or protection with respect to any such information or any other matter.

6. **Supplementation**. It should be noted that Defendants have not completed their investigation of facts related to this case or its discovery and have not completed their preparation for trial. In addition, class certification has not been determined. It is anticipated that further

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 3
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

discovery, independent investigation, legal research, and analysis will supply additional facts, add meaning to the known facts, as well as establish entirely new factual conclusions, all of which may lead to substantial additions to, changes in, and variations from the answers herein set forth.

Therefore, Defendants do not waive any right to produce evidence of any subsequently discovered fact or facts which it may later obtain. Defendants accordingly reserve the right to make additional objections and supplement answers to discovery requests when facts and/or additional facts are ascertained, analyses are made, legal research is completed, and contentions are made.

## **INTERROGATORIES**

**INTERROGATORY NO. 1:** Describe each individual Defendant's work history from 2012 to Present, including, but not limited to each employer, job title, business address, immediate supervisor, dates of employment, compensation, and reason(s) for leaving.

ANSWER:

Objection overly broad, beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. In particular, employment and personnel file information is not relevant to the subject litigation, including but not limited to compensation. This request is invasive of the individual Defendants' right to privacy and raises concerns regarding safety of individual Defendants because they are correctional deputies and/or employees of the Pierce County Sheriff Department. Objection to the extent that the discovery request seeks information related to employment outside of Pierce County and such information would not be in the care, custody or control of the Defendants. Further objection, outside the scope of class certification question. Without waiving objections, and limiting answer to the time period of April 8, 2020, to the date of the initial Complaint May 2, 2023, please contact defense counsel to discuss answer subject to protective order.

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 4
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1

SUPPLEMENTAL ANSWER 08/09/2024:

2    Patti Jackson: Job Title: Pierce County Patrol Bureau Chief Patti Jackson; Address: c/o

3 Frank Cornelius Pierce County Deputy Prosecuting Attorney; Supervisor: Ed Troyer; currently

4 employed and employed during the above time period as Chief of Corrections; compensation

5 $215,940.27 (annual salary).

6    Ed Troyer: Job Title: Pierce County elected Sheriff – employed during the above time

7 period; Address: c/o Frank Cornelius Pierce County Deputy Prosecuting Attorney; currently

8 employed and employed during the above time period as the Sheriff's Department public

9 information officer; compensation $191,099.85 (annual salary).

10    Captain Matthew Dobson: Job Title: Captain Corrections; Address: c/o Frank Cornelius

11 Pierce County Deputy Prosecuting Attorney; Supervisor: Kevin Roberts; currently employed and

12 employed during the above time period; compensation $178,120.38 (annual salary).

13    Sergeant Anthony Mastandrea: Job Title: Sergeant Corrections—employed during the

14 above time period; Address: c/o Frank Cornelius Pierce County Deputy Prosecuting Attorney;

15 Supervisor: Stacie Woodley; not currently employed at Pierce County – separation date 6/28/2024;

16 salary $60.02 per hour.

17    **INTERROGATORY NO. 2:**  Identify all individuals who have been employed or

18 contracted to perform maintenance of toilets or plumbing at Pierce County Jail since 2012,

19 including whether the individual is directly employed by Pierce County or is a contractor. For

20 contracted individuals, identify the name and address of his/her employer. For each individual

21 listed, whether employee or contractor, include the full name and dates he/she worked at Pierce

22 County Jail.

23    ANSWER:

24

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 5
EX 7_P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation. The discovery request is vague as to "maintenance of toilets or plumbing." Further objection, outside the scope of class certification question, and the request is disproportionate to the needs of this case. Without waiving objections and limiting answer to Jail location 3NA and the time period of April 8, 2020 to the date of the initial Complaint May 2, 2023: In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization.

SUPPLEMENTAL ANSWER 08/15/2024:   Pierce County maintenance employees are as follows:  Scott Krupa, Robert Soule, Jaysen Render, Tony Bernal, Ricardo Vazquez, Scott Jones, Thay Phok.  Identification of outside contractors requires a Facilities Mgt. ESI search.  Targeted search terms are necessary. As of the date of this supplement, Plaintiff has not provided search terms.

**INTERROGATORY NO. 3:**   Identify all individuals who have been employed or contracted to perform maintenance of grievance kiosk systems at Pierce County Jail since 2012, including whether the individual is directly employed by Pierce County or is a contractor. For contracted individuals, identify the name and address of his/her employer. For each individual listed, whether employee or contractor, include the full name and dates he/she worked at Pierce County Jail.

ANSWER:

Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation.  The

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 6
EX 7_P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

discovery request is vague as to "maintenance of grievance kiosks systems." Further objection, outside the scope of class certification question, and the request is disproportionate to the needs of this case. Without waiving objections and limiting answer to Jail location 3NA and the time period of April 8, 2020 to the date of the initial Complaint May 2, 2023: This discovery request to be supplemented.

    8/2/24 SUPPLEMENTAL ANSWER:

Katie Flores
Aramark
6311 Inducon Corporate Dr., Ste. #6
Sanborn , NY 14132

Do not have dates of employment.

**INTERROGATORY NO. 4:** Describe the policy and/or procedure that Pierce County Jail has in place to address when a correctional officer or any other employee receives a complaint from an inmate regarding sanitation conditions in a cell, including but not limited to complaints about plumbing, toilets, sewage, and/or unsanitary living conditions. Include any change(s) in policy that has occurred, including but not limited to during and in response to the COVID-19 pandemic.

    ANSWER:

    Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. Objection vague as to "complaint," "sanitation conditions," "complaints about plumbing, toilets, sewage, and/or unsanitary conditions." The discovery request is duplicative and/or seeks duplicative materials as Requests for Production 15. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation. Further objection, outside the scope of class certification question, and the request is disproportionate to the needs of this case. Without waiving objections,

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL
ANSWERS THERETO** - 7
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

1   the time period of April 8, 2020, to the date of the initial Complaint May 2, 2023: See Request for

2   Production No. 4.

3         **INTERROGATORY NO. 5:**   Identify each documented instance that an inmate,

4   including but not limited to Plaintiff, has complained about unsanitary living conditions, including

5   complaints about plumbing, sewage, and/or the toilets at Pierce County Jail, whether by formal

6   grievance or otherwise, at any point since 2012 to Present.

7      ANSWER:

8         The discovery request implicates RCW 70.28.100 and privacy protection. Objection overly

9   broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead to discovery of admissible

10   evidence. The request is disproportionate to the needs in this case and seeks information that would

11   not be relevant to the claims and defenses in this litigation.   Objection to the extent that the

12   discovery request seeks attorney-client and/or work product.  Objection vague as to "complained

13   about unsanitary living conditions," "complaints about plumbing, sewage, and/or toilets." The

14   discovery request is duplicative and/or seeks duplicative materials as Requests for Production 15,

15   16, 18.  Without waving objections and limiting answer to Plaintiff Wolfclan, Jail location 3NA

16   and the time period of April 8, 2020, to the date of the initial Complaint May 2, 2023: In order to

17   identify potential responsive information, the discovery request implicates ESI protocol.

18   Supplement pending ESI protocol finalization.

19         **INTERROGATORY NO. 6:**   Identify each employee who has worked in any capacity

20   with inmates housed in the Mental Health Unit(s), including Unit 3 North A, of the Pierce County

21   Jail, including but not limited to Correctional Officers and/or guards, psychiatrists, and other

22   Mental Health staff (e.g. "MHP"), since 2012 to Present. For each, include the individual's full

23   name, job title, duties and responsibilities, immediate supervisor, and dates of employment.

24      ANSWER:

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL
ANSWERS THERETO** - 8
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

1    Objection overly broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead

2    to discovery of admissible evidence. Objection vague as to "any" capacity.   The request is

3    disproportionate to the needs in this case and seeks information that would not be relevant to the

4    claims and defenses in this litigation.  Objection to the extent that the discovery request seeks

5    information related to employment outside of Pierce County, including but not limited to

6    NaphCare workers, and such information would not be in the care, custody or control of the

7    Defendants. Further objection, outside the scope of class certification question, and the request is

8    disproportionate to the needs of this case.  Without waiving objections, and limiting answer to

9    name and title, Jail location 3NA and the time period of April 8, 2020 to the date of the initial

10   Complaint May 2, 2023:

11   <u>8/2/24 SUPPLEMENTAL ANSWER</u>:

12   <u>Correctional Staff</u>:

13   Yelle, Rachel Annette
     Friermuth, Kenneth Dale
14   Tunnell, Grady Wayne
     Erwin, Christopher Peter
15   Carn, Donald Lee
     Guiler , Yolanda Juanita
16   Tveit, Wendy A
     Pearson, Torvald A
17   Berry, Stephen Robert
     Jenkins, Daniel Lee
18   Clawson, Russell O
     Crews, Josef Michael
19   Brown, Timothy Ray
     Bautista, Alvin Balansay
20   Macoy, Kelly S
     Rethaford, Jay Andrew
21   Hersey, Dayna Louise
     Marler, Boyd Aaron
22   Wells, Kurtis Anthony
     Chung, David Gentaro
23   Sturtz, Eric Linn
     Defilippis, Larry
24   Burdick, Scott Leroy

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL
ANSWERS THERETO** - 9
EX 7_P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1 | Raschko, Ryan Michael
Swick, James Leslie
2 | Thompson, Erika Leigh
Sandoval, Peter Paul
3 | Brandt, Kari Kay
Warren, Howard James
4 | Larsen, Jennifer Lynn
Lyon, Teresa Lynn
5 | Wilson, Peter Alvin
Cooley, Christopher Lee
6 | Collins, Crystal Lynn
Watson, Matthew Warren
7 | Stuckert, Thomas Edward
Langford, Jesse Lee
8 | Stone, Laura Lea
Hamilton, Laura Lea
9 | Jones, Paul Robert
Ferrell, Anthony Craig
10 | Newkirk, Jonathan David
Chojnowski, Christopher T
11 | Mock, Dawn Delynn
Starks, Stanley R
12 | Ramos, Tonya Jo
Dixon, Deneen Angelica
13 | Cherry, Steven Antonio
Fields, Walton Christopher
14 | Wales, Kent Dominic
Starks, William David
15 | Oeltjen, Julie Anne
Quiero, Melvyn Francisco
16 | Vadala, Donavan Joseph
Rankin, Lynette Patrice
17 | Jackson, Troy Anthony
Hernandez, Hector Rafael
18 | Vicente, Janis
Bundy, Chandra Lynn
19 | Morton, Deborah
Herbison, Kristi Lyn
20 | Thompson, Benjamin Allen
Clostio, Troy Clint
21 | VanWinkle, Russell Dell
Miller, Robert Edward
22 | Hopkins, Deborah Lynn
Desilet, Colleen Laura
23 | Perry, Scott
Nishi, Heidemarie
24 | Cavelti, Aaron Anthony

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL**
**ANSWERS THERETO** - 10
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

| | |
|---|---|
| 1 | Belmudes, Stacy Dale |
| | Temple, Ronald Craig |
| 2 | Zambrana, Neftaly |
| | Correll, Edward Luther |
| 3 | Lynam, Dana Robert |
| | Hicks, Andy Jackson |
| 4 | Lampman, Michael Shawn |
| | Anton, Patricia Elise |
| 5 | White, Laurentine Lynn |
| | Devyak, Mark Douglas |
| 6 | Lyon, John David |
| | Sawyer, Bryce Sly |
| 7 | Wade, Brad Jerone |
| | Hamilton, Eric Glen |
| 8 | Scott, Craig Allan |
| | Theodorson, John Bernard |
| 9 | Graham, David Neil |
| | Stanley, Philip Robert |
| 10 | Skevington, Richard Dale |
| | Petersen, Michael James |
| 11 | Benson, Byron Christopher |
| | Thomsen, Benjaman Ejgil |
| 12 | Torres, Peter B |
| | Lee, Nicholas David |
| 13 | Gannon, Shirley Marie |
| | Russell, William Charles |
| 14 | Buchanan, Steven Phillip |
| | Oeltjen, Rickie Lee |
| 15 | Peek, Michael Wayne |
| | Rankin, Tim Wayne |
| 16 | Schooley, Michael John |
| | Azcueta, Raul Ricky-Morales |
| 17 | Cruz, William Ramon |
| | Prince, Terry Gene |
| 18 | Cherry, Sandra Marie |
| | Blind, Jonathan Henry |
| 19 | Boyle, Jesse Alan |
| | Kavanaugh, Eric Paul |
| 20 | McLane, Joshua Patrick |
| | Berwick, David Alan |
| 21 | Maldonado, Edwin |
| | Davis, Glen William |
| 22 | Davis, Roger Lamont |
| | Severson, Rocklin Jock |
| 23 | Brink, Robert Joseph |
| | Place, Jessica Leigh |
| 24 | McWilliams, Carleen Loree |

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 11
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

| | |
|---|---|
| 1 | Buckingham, Bryan Richard |
| | Allen, Ruth Ann Marie |
| 2 | Harris, Jarvis Levin |
| | Brown, Donald Garrett |
| 3 | Schiedeck, Kevin Allen |
| | Earp-Peek, Elizabeth Wyatt |
| 4 | Desmond, Robert Calvin |
| | Shanahan, Lisa Lynn |
| 5 | Shaw, Jeremy Damon |
| | Haley, Jason Jerrodd |
| 6 | Stimer, John William |
| | Blowers, James Mileum |
| 7 | Mareko, Faafetai Navy |
| | O'Neill, Alan Leighton |
| 8 | Whitehead, Matthew |
| | White, Anthony Arnett |
| 9 | Wagoner, Michael Henry |
| | Gardner, Craig Hamilton |
| 10 | Hollis, Matlean Melva |
| | Ashley, Cameron Louis |
| 11 | Valdez, Luz Maria |
| | Hall, Christopher James |
| 12 | Graham, Richard Joseph |
| | Volk, Keith J |
| 13 | Tenney, Heidi Samantha |
| | Byrer, Phillip |
| 14 | Stephens, Heidi Samantha |
| | Graham, Antonio Duane |
| 15 | Williams, Alec G |
| | Reyes-Blind, Yolanda |
| 16 | Hansen, John Oscar |
| | Conaway, Sean Patrick |
| 17 | Olson, Cody Matthew |
| | Crist, Christopher Jay |
| 18 | Golden, Precola Angelica |
| | Score, Aaron Anthony |
| 19 | Thomas, Precola Angelica |
| | Adams, John Douglas |
| 20 | Jackson, Jerome Marco |
| | Papp, Ferenc Gabor |
| 21 | Frizzell, Joshua Dan |
| | Paul, David William |
| 22 | Griswold, Mariana L. |
| | Dooley, Jared Duncan |
| 23 | Justiniano, Maria Mignon |
| | Mulrine, Maria Mignon |
| 24 | Neils, Erik Gene |

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL
ANSWERS THERETO** - 12
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

1  Wilkins, Nathan
   Cruz, Jordan
2  Sidibe, Nouhoum
   Miller, Davon
3  Lincoln, Kendal
   Ortiz-Rosado, Carlos
4  Moreno, Mario
   Paukert, Jacob
5  Peters, Joseph
   Miller, Roger
6  Klein, Mark
   Forrey, Robin
7  Langowski, Adam
   Cropp, Jeffrey
8  Kim, Byong
   Delgado, Steven
9  Papp, Morgan
   Fountain, Morgan
10 Knight, Jonathon
   Morse, Daniel
11 Borrero, Flor
   Rogers, Colton
12 Duffy, Jeremie
   Lunau, Brenda
13 Sollars, Matthew
   Tirado-Mendez, Juan
14 Velleses, Kimo
   Bortle, Leanna
15 Castro, Lisandro
   Bonney, Steven
16 Lin, Lin
   Trussell, Douglas
17 Rankin, Ray
   Spieth, Jorden
18 Hayes, Travis
   Spanier, Austin
19 Rosenthal, Andrew
   Bradley, Jonah
20 Strunk, Aurora
   Berry, David
21 Johnson, Nicholas
   Maulin, Zachary
22 Garlock, Cameron
   Davis, Richard
23 Than, Sophal
   Perry, Garrett
24 Nellenbach, Thomas

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL
ANSWERS THERETO** - 13
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1   Sapp, Dillion
    Clark, Trevor
2   Barrett, Joseph
    Lincoln, Charles
3   Pham, Phi
    Owen, Steven
4   Tucker, Amber
    Yi, Ki
5   Haynes, Drajuan
    Hayes, Donerick
6   Laliberte, Kailee
    Smith, Jason
7   Winfree, Ryan
    Fowler, Andrew
8   Falzone, Gianni
    Uti, Aleki
9   Herr, Trey
    Hoffman, Tonia
10  Cridge, Jamie
    Fien, Anthony
11  Mantenga, Rebekka
    Harper, Jonathan
12  Music, Austin
    Cote, Nathan
13  Aguilar, Truman
    Boudinot, Truman
14  Craugh, Casey
    Conn, Dakota
15  Frye, Randolph
    Willis, Kimberly
16  Torres, Iris
    Boggan, James
17  Aroche, Andres
    Scott, Audria
18  Oleson-Borland, Tatanie
    Peck, Denise
19  Chester-Branham, Hope
    Kim, Jungeun (Angela)
20  Jones, Garrett
    Tomas Gaspar, Alexander
21  McBride, Sagrario
    Ramos, Mark A. Jr
22  Preslar, Merle E.
    Sanders, Dylan L.
23  Sainati, Angela A.
    Williams, Sean L.
24  Raplee, Justin Dakota

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 14
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

1   Smith, Rachel Nicole
    Hamilton, Jeff Craig
2   Scott, Jasmine Tatiyana
    Avega, Shanlynn Fetu Lokahi
3   Crockett, Christopher Walter
    Buabeng, Eugene Anyan
4   Hassan, Ahmed Mohamed
    Salman, Jan J.
5   Fermin-Henry, Patricia
    Abel, Dylan John
6   Barrett, James Andrew
    Watson, Orrett Henry
7   Ferguson, Michelle D.
    Piland, Joshua
8   Braswell, Timothy Sabrina
    Johnson, Douglas K.
9   Stenzel, Gail A.
    Sadlier, Philip S.
10  Wasson, George W.
    Herbison, Darryl S.
11  Smith, Preston L.
    Alexander, Dione
12  Schultz, David D.
    Mastandrea, Anthony Michael
13  Caruso, Jackie Anne
    Ake, Forest Scott
14  Woodley, Stacie Lynn
    Graham, Michele
15  Watkins, Douglas Lee
    Pihl, Tamara Kay
16  Ristine, Andrew Lewis
    Duray, Jerome Justin
17  Lee, Il-Sop
    Conuel, Brian Edward
18  Blowers, Brian Albert
    Allen, Alvin Russell
19  Wade, Adam Cedric
    Aaron, Bryan
20  Finley, Jason Matthew
    Stanley, Philip Robert
21  Lynam, Dana Robert
    Miller, Robert Edward
22  Blind, Jonathan
    Shanahan, Lisa
23  Davis, Glen William
    Russell, William Charles
24  Lincoln, Kendal

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL
ANSWERS THERETO** - 15
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1   Buchanan, Steven Phillip

2   <u>Medical Staff</u>:

3   Isoken Ogiesora LPN
    Mariena Mears NP
4   Veronica Slaughter Pharmacist
    Lynette Hunt Medical Records Clerk
5   Maria Rader LPN
    Azusa Matsubayashi Psych NP
6   Melanie Contreras LPN
    Rochelle Hill LPN
7   Nicholas Moses LPN
    Genevieve Herbrand LPN
8   Natalie Langel RN
    Victoria Straus RN
9   Sarah Harbor LPN
    Cameron Carrillo LPN
10  Ashley Valencia Chalk RN
    Jesus Paez LPN
11  Robert Wargacki RN
    Elyssa Manford LPN
12  Jazmine Marion LPN
    Ruth Muuru MHP
13  Megan Hamel MHP
    Ilene Anderson MHP
14  Kathryn Riley LPN
    Constance Burden LPN
15  Revekka Pronina LPN
16  Duane Collins RN
    Alisha Hughes RN
17  Alexander Jones RN
    Lindzie Boyd RN
18  Angela Williams-Purdy LPN
    Gwynne Crandall Mental Health Office
19  Administrator
    Jonathon Slothower HSA
20  Angela Valencia DON
    Jesus Perez MHP
21  Maria Surla LPN
    Jennifer Hagara LPN
22  Rose Rains Charge Nurse RN
    Marlita Tresch Pharmacy Tech
23  Jason Wiggins RN
    Katy Mcfarlin RN
24

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 16
EX 7_P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

Miguel Balderrama Medical Director

**CORRECTION AND SUPPLEMENTAL ANSWER 8/22/2024:**

**Medical Staff:**

**Pierce County Employees:**

**Ilene Anderson – MHP; supervisor Karen Bier**
**Ruth Muuru – MHP; supervisor Karen Bier**
**Megan Hamel – MHP; supervisor Karen Bier**
**Gwynne Crandall – Office Admin.; supervisor Karen Bier**
**Angela Valencia – Director of Nursing**
**Miguel Balderrama - Medical Director**

**See also Request for Production No. 6 supplemental Job Classification materials for job duties and responsibilities. See Request for Production No. 6 Excel spreadsheets previously supplemented for correctional staff job titles, immediate supervisor, and dates of employment in the 3NA section of the jail from April 8, 2020 to May 2, 2023.**

**Naphcare Contract Employees:**

**Isoken Ogiesora LPN**
**Mariena Mears NP**
**Veronica Slaughter Pharmacist**
**Lynette Hunt Medical Records Clerk**
**Maria Rader LPN**
**Azusa Matsubayashi Psych NP**
**Melanie Contreras LPN**
**Rochelle Hill LPN**
**Nicholas Moses LPN**
**Genevieve Herbrand LPN**
**Natalie Langel RN**
**Victoria Straus RN**
**Sarah Harbor LPN**
**Cameron Carrillo LPN**
**Ashley Valencia Chalk RN**
**Jesus Paez LPN**
**Robert Wargacki RN**
**Elyssa Manford LPN**
**Jazmine Marion LPN**

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 17
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

**Kathryn Riley LPN**
**Constance Burden LPN**
**Revekka Pronina LPN**
**Duane Collins RN**
**Alisha Hughes RN**
**Alexander Jones RN**
**Lindzie Boyd RN**
**Angela Williams-Purdy LPN**
**Jonathon Slothower HSA**
**Jesus Perez MHP**
**Maria Surla LPN**
**Jennifer Hagara LPN**
**Rose Rains Charge Nurse RN**
**Marlita Tresch Pharmacy Tech**
**Jason Wiggins RN**
**Katy Mcfarlin RN**

**INTERROGATORY NO. 7:** Identify and describe each instance in which any portion of the plumbing at Pierce County Jail has been inspected, repaired, or replaced since 1985 to Present.

ANSWER:

Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. Objection overly broad as to "any portion of the plumbing" and vague as to "each instance," "inspected, repaired, or replaced." The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation. Objection to the extent that this discovery request is/would be duplicative to Interrogatory No. 9 and Request for Production No. 9, 15, 20, 31. Without waiving objections and limiting answer to Jail location 3NA and the time period of April 8, 2020 to the date of the initial Complaint May 2, 2023: In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization.

**INTERROGATORY NO. 8:** Identify how many inmates have been housed in the area that is currently known as Unit 3 North A from 2012 to Present.

ANSWER:

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 18
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. The discovery request also implicates RCW 70.28.100 and privacy protection. Without waiving objections and limiting answer to Jail location 3NA and the time period of April 8, 2020 to the date of the initial Complaint May 2, 2023: To be supplemented.

8/2/24 SUPPLEMENTAL ANSWER:

472

**INTERROGATORY NO. 9:**  Identify and describe any and all studies and/or cost estimates that have been provided to Pierce County and/or Pierce County Jail since 1985 to Present regarding the plumbing and/or toilets at Pierce County Jail. For each, describe the anticipated cost of replacing the toilets and/or plumbing, the decision that was made regarding whether to replace the toilets and/or plumbing, why the decision was made, and who made the decision.

ANSWER:

Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. Objection overly broad and vague as to "studies and/or cost estimates," "plumbing and/or toilets" and timeframe.  Objection to the extent that this discovery request is/would be duplicative to Interrogatory No. 7. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation.  Without waiving objections and limiting answer to Jail location 3NA and the time period of April 8, 2020 to the date of the initial Complaint May 2, 2023: In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization. See also Defendants' Initial Disclosures Bates No. 400412-400424.

**INTERROGATORY NO. 10:**  Identify and describe all policies regarding the cleaning of cells in Pierce County Jail, including the process by which an inmate can request and receive

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 19
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

cleaning supplies for his or her cell, the hours the supplies are available, whether supervision is required while an inmate uses the supplies, when and for what reason cleaning supplies may be denied, and whether the process for obtaining and/or the availability of cleaning supplies differs between various units in the Jail, and if so, describe the differences and reasons for those differences.

ANSWER:

Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. Objection overly broad and vague as to "cleaning of cells." Without waiving objections: See Request for Production No. 10.

**INTERROGATORY NO. 11:**   Identify and describe each instance that an inmate, including but not limited to Plaintiff, was denied the ability to submit a grievance about unsanitary living conditions at Pierce County Jail from 2012 to Present. For each instance, describe the reason for the denial and what, if any, alternative option for filing a grievance was provided to the inmate.

ANSWER:

Objection assumes facts not in evidence. Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. Objection vague regarding "unsanitary living conditions."  The discovery request also implicates RCW 70.28.100 and privacy protection. Objection to the extent this discovery request seeks an admission.  Further objection, outside the scope of class certification question, and the request is disproportionate to the needs of this case.  Without waiving objection and limiting answer to Plaintiff Wolfclan, Plaintiff Wolfclan was not denied the ability to submit a grievance.

**INTERROGATORY NO. 12:**   Identify the factual basis for Defendants' denial of Paragraph 60 to Plaintiff's Amended Complaint (Dkt. 107), filed May 10, 2024, and Defendant's contention that "Plaintiff misrepresents a 2014[] engineering report regarding water closet

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 20
EX 7_P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

placement," as stated in Defendant's proposed Joint Status Report and Discovery Plan.

ANSWER:

Objection to the extent that the discovery request seeks attorney-client and/or work product.  Objection, relevance. Without waiving objection, the cited report speaks for itself.

**INTERROGATORY NO. 13:**  Identify the factual basis for each of Defendants' pleaded affirmative defenses, as stated on pages 13 through 14 of their Answer (Dkt. 107), filed May 10, 2024.

ANSWER:

Plaintiff's discovery request represents distinct and separate subjects. Fed. R. Civ. P. 33(a)(1) ("a party may serve on any other party no more than 25 written interrogatories, including all discrete subparts.").  Defendants assert 15 affirmative defenses and answers regarding the factual basis for each affirmative defense require 15 distinct answers.   See *Brutscher v. GEICO General Ins. Co*., 2015 WL 11921416, at *2 (Interrogatory No. 14 regarding factual basis for each affirmative defense asserted); See also *Grigsby v. Young Men's Christian Assoc. of Greater Seattle*, 2023 WL 3761945. Defendants object to the extent that Plaintiff's discovery request exceeds the number of interrogatories allowed under Rule 33.  In addition, to the extent that an affirmative defense relates to class action, answer and/or additional answer need not be made until the Court decides the class certification issue. Fed. R. Civ. P. 33(a)(2); see *Wilcox v. Swapp*, 2018 WL 8244005, at *4. Further objection based on attorney-client and/or work product privileges. Without waiving objections, Defendants state:

1. FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES: The Plaintiff has failed to exhaust administrative remedies and the action will not lie. Plaintiff did not file a grievance regarding the allegations in this lawsuit.

2. FAILURE TO STATE A CLAIM: The Plaintiff has failed to state a claim upon which

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 21
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

relief may be granted, including but not limited to individual participation by defendants in this lawsuit, including but not limited to Sheriff Ed Troyer, Chief Patti Jackson, Cpt. Matthew Dobson, and Sgt. Anthony Mastandrea, and basis to establish standing regarding areas of the jail outside of 3NA.

3. FRIVOLOUS AND/OR MALICIOUS CLAIM: Printed words including but not limited to false allegations, history that surrounds filing, and tone of allegations show maliciousness. The plumbing system in Cell Block 3 North A is built to code and there are no harmful gases. Plaintiff misrepresents a 2014, engineering report regarding water closet replacement. Plaintiff has encouraged other inmates to duplicate or imitate his false claims.

4. NO NOTICE OF DEFECT: Defendant Pierce County had no reasonable notice of the defect alleged herein. Plumbing in 3NA is built to code.

5. NO CLAIM FILING AS REQUIRED BY RCW 4.96.020: Withdrawn.

6. NO PERSONAL FAULT: No violation(s) of constitutional rights by personal actions of individual defendants. Plaintiff fails to plead individual fault by named defendants.

7. QUALIFIED IMMUNITY: Defendants are entitled to qualified immunity as to both state and federal claims. Defense speaks for itself.

8. REASONABLE CARE: Defendants' actions were reasonable, and they did not act with deliberate indifference. Defense speaks for itself.

9. DISCRETIONARY IMMUNITY: Defendant(s) state that all actions of Defendants alleged as negligence, manifests a reasonable exercise of judgment and discretion by authorized public officials made in the exercise of governmental authority entrusted to them and are neither tortious nor actionable. Defense speaks for itself.

10. GOOD FAITH: Defendants at all times acted in good faith in the performance of their

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 22
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

1   duties and is therefore immune from suit for the matters charged in Plaintiff's

2   Complaint. Defense speaks for itself.

3   11. NEGLIGENCE/INTENTIONAL   ACT   OF   THIRD   PARTY   OR   PARTIES:

4   Defendants state that any alleged damages and/or injuries, if any, claimed by the

5   Plaintiff were proximately caused or contributed to by the negligence and/or intentional

6   conduct of another/others, including but not limited to other inmates who clog their cell

7   toilet/plumbing, and not from any act or omission by Defendants.

8   12. COMPARATIVE FAULT: Plaintiff's alleged injuries and damages, if any, were

9   proximately caused or contributed to by the fault of Plaintiff, including but not limited

10   to clogging his cell toilet.

11   13. COLLUSION: Plaintiff's claims are based on a conspiracy to deceive. Plaintiff has

12   encouraged other inmates to duplicate or imitate his false claims.

13   14. INTERVENING/SUPERSEDING CAUSE: Defendants state that Plaintiff's claims

14   were caused or made worse by an intervening, supervening and/or superseding event

15   or events, including but not limited to actions by other inmates to damage or interfere

16   with toilets and/or plumbing systems.

17   15. FAILURE TO MITIGATE: Defendants state that if Plaintiff suffered any injury or

18   damages, recovery is barred or mitigated by Plaintiff's failure to mitigate damages,

19   including but not limited to Plaintiff Wolfclan's failure to seek medical treatment

20   (discovery ongoing) and not timely informing and/or notifying Defendants when an

21   alleged backup/overflow incident(s) occurred.

22   **INTERROGATORY NO. 14:**  Identify all individuals who have been housed in a cell in

23   Pierce County Jail Cell Block 3 North A from April 4, 2023, to Present. For each, include the

24   individual's full name, inmate number, and dates of incarceration at the Pierce County Jail.

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL
ANSWERS THERETO** - 23
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

ANSWER:

Objection this discovery request exceeds the number of written interrogatories allowed under Rule 33.  Objection to the extent that this discovery request is duplicative to Interrogatories No. 8. Additional objection based on RCW 70.48.100 and privacy protection.

## **REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**  Produce all documents and communications relied upon in preparing, or reviewed while preparing, your response to Interrogatory No. 1.

RESPONSE:

Objection overly broad, beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. In particular, employment and personnel file information is not relevant to the subject litigation, including but not limited to compensation. This request is invasive of the individual Defendant's right to privacy and raises concerns regarding safety of individual Defendants because they are correctional deputies and/or employees of the Pierce County Sheriff Department. Further objection based on attorney-client and/or work product privileges. Please contact defense counsel to discuss limited production subject to protective order.

SUPPLEMENTAL RESPONSE 08/09/2024:

No Documents.  Objection to the extent that this discovery requests seeks the same or similar information to Request for Production No. 6.  See Request for Production No. 6.

**REQUEST FOR PRODUCTION NO. 2:**  Produce all documents and communications relied upon in preparing, or reviewed while preparing, your response to Interrogatory No. 2.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 24
EX 7  P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax: (253) 798-6713

seeks information that would not be relevant to the claims and defenses in this litigation.  The Interrogatory No. 2 is vague as to "maintenance of toilets or plumbing." Further objection, outside the scope of class certification question, and the request is disproportionate to the needs of this case.  Further objection, outside the scope of class certification question, and the request is disproportionate to the needs of this case.  Without waiving objections and limiting answer to Jail location 3NA and the time period of April 8, 2020 to the date of the initial Complaint May 2, 2023: In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization.

SUPPLEMENTAL RESPONSE 08/15/2024:  Without waiving prior objections, including but not limited to timeframe, Facilities Mgt. Work Order Summary attached as Bates Number 401902.

**REQUEST FOR PRODUCTION NO. 3:**  Produce all documents and communications relied upon in preparing, or reviewed while preparing, your response to Interrogatory No. 3.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation. Interrogatory No. 3 is vague as to "maintenance of grievance kiosks systems." Further objection, outside the scope of class certification question, and the request is disproportionate to the needs of this case.  Objection to the extent that the discovery request seeks attorney-client and/or work product. Without waiving objections, and limiting answer to Jail location 3NA and the time period of April 8, 2020 to the date of the initial Complaint May 2, 2023: This discovery request may be supplemented.

8/2/24 SUPPLEMENTAL RESPONSE:

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 25
EX 7_P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

No Documents.

**REQUEST FOR PRODUCTION NO. 4:**  Produce all documents and communications relied upon in preparing, or reviewed while preparing, your response to Interrogatory No. 4.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead to discovery of admissible evidence. Interrogatory No. 4 is vague as to "complaint," "sanitation conditions," "complaints about plumbing, toilets, sewage, and/or unsanitary conditions."  The discovery request is duplicative and/or seeks duplicative materials as Requests for Production 15. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation.  Further objection, outside the scope of class certification question, and the request is disproportionate to the needs of this case.  Without waiving objections, the time period of April 8, 2020 to the date of the initial Complaint May 2, 2023:  See document produced by Defendant Pierce County identified as follows:

- GRIEVANCE PROCEDURE
  WOLFCLAN DEF PC 400949-400952

**REQUEST FOR PRODUCTION NO. 5:**  Produce all documents and communications relied upon in preparing, or reviewed while preparing, your response to Interrogatory No. 5.

RESPONSE:

The discovery request implicates RCW 70.28.100 and privacy protection. Objection overly broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation.   Objection to the extent that the discovery request seeks attorney-client and/or work product.  Objection vague as to "complained about unsanitary living conditions," "complaints about plumbing, sewage, and/or toilets." The

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 26
EX 7  P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

discovery request is duplicative and/or seeks duplicative materials as Requests for Production 15, 16, 18.  Without waving objections and limiting answer to Plaintiff Wolfclan, Jail location 3NA and the time period of April 8, 2020, to the date of the initial Complaint May 2, 2023: In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization.

**REQUEST FOR PRODUCTION NO. 6:**  Produce all documents and communications relied upon in preparing, or reviewed while preparing, your response to Interrogatory No. 6.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead to discovery of admissible evidence. Interrogatory No. 6 is overly broad and vague as to "any" capacity.  The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation.  Further objection, outside the scope of class certification question. Objection to the extent that the discovery request seeks attorney-client and/or work product. Without waiving objections, and limiting answer to name and title, Jail location 3NA and the time period of April 8, 2020, to the date of the initial Complaint May 2, 2023: No documents to produce.

8/2/24 SUPPLEMENTAL RESPONSE:

Objection - the discovery request raises concerns regarding security in the jail and safety to staff and all other individuals in the jail. Without waiving objections and limiting answer to Jail location 3NA:  Pursuant to Protective Order:  See Bates No. 401888-401891.

SUPPLEMENTAL RESPONSE 08/09/2024:

Objection regarding Protective Order withdrawn regarding Bates No. 401888-401891.

**SUPPLEMENTAL RESPONSE 08/22/2024:  See documents produced by Defendant Pierce County as follows:**

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 27
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

- **CORRECTIONAL SERGEANT CLASSIFICATION DESCRIPTION WOLFCLAN DEF PC 402066-402069**

- **CORRECTIONS DEPUTY CLASSIFICATION DESCRIPTION WOLFCLAN DEF PC 402070-402074**

- **PHYSICIAN/MEDICAL DIRECTOR CLASSIFICATION DESCRIPTION WOLFCLAN DEF PC 402075-402078**

- **ADMINISTRATIVE ASSISTANT CLASSIFICATION DESCRIPTION WOLFCLAN DEF PC 402079-402081**

- **MH EVALUATION SPECIALIST CLASSIFICATION DESCRIPTION WOLFCLAN DEF PC 402082-402084**

- **MH MANAGER CLASSIFICATION DESCRIPTION WOLFCLAN DEF PC 402085-402087**

**REQUEST FOR PRODUCTION NO. 7:**  Produce all documents and communications relied upon in preparing, or reviewed while preparing, your response to Interrogatory No. 7.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead to discovery of admissible evidence. Objection Interrogatory No. 7 is overly broad as to "any portion of the plumbing" and vague as to "each instance," "inspected, repaired, or replaced." The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation. Objection to the extent that the discovery request seeks attorney-client and/or work product.  Objection to the extent that this discovery request is/would be duplicative to Interrogatory No. 9 and Request for Production No. 9. Without waiving objections and limiting answer to Jail location 3NA and the time period of April 8, 2020, to the date of the initial Complaint May 2, 2023: In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization.

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 28
EX 7  P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

**REQUEST FOR PRODUCTION NO. 8:**  Produce all documents and communications relied upon in preparing, or reviewed while preparing, your response to Interrogatory No. 8.

RESPONSE:

The discovery request implicates RCW 70.28.100 and privacy protection. Objection overly broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation.   Objection to the extent that the discovery request seeks attorney-client and/or work product. Without waiving objections and limiting answer to Plaintiff Wolfclan, see Plaintiff's Jail file produced with Initial Disclosures, Bates stamp 400001-400400, 400425-400518, 400528-400532, and 400543-400546. Additionally, see Plaintiff Wolfclan's Jail file from his most recent incarceration at the Pierce County Jail identified as follows:

- WOLFCLAN DEF PC 400550-400923

**REQUEST FOR PRODUCTION NO. 9:**  Produce all documents and communications relied upon in preparing, or reviewed while preparing, your response to Interrogatory No. 9.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead to discovery of admissible evidence. Objection Interrogatory No. 9 is overly broad and vague as to "studies and/or cost estimates," "plumbing and/or toilets."  Objection to the extent that this discovery request is/would be duplicative to Interrogatory No. 7 and Request for Production No. 7. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation.  Objection to the extent that the discovery request seeks attorney-client and/or work product. Without waiving objections and limiting answer to Jail location 3NA and the time period of April 8, 2020, to the date of the initial Complaint May

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 29
EX 7  P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

2, 2023: In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization.

**REQUEST FOR PRODUCTION NO. 10:**  Produce all documents and communications relied upon in preparing, or reviewed while preparing, your response to Interrogatory No. 10.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation.  The discovery request is duplicative to and/or seeks duplicative materials as Requests for Production 27.  Objection to the extent that the discovery request seeks attorney-client and/or work product. Objection overly broad and vague as to "cleaning of cells."  Without waiving objections and limiting answer to policy identification:  See documents produced by Defendant Pierce County identified as follows:

- JAIL CLEANING POLICIES
  WOLFCLAN DEF PC 400519-400527

- FACILITY HOUSEKEEPING
  WOLFCLAN DEF PC 400926-400929

- POST ORDERS FOR 3 NORTH CLUSTER
  WOLFCLAN DEF PC 400971

**REQUEST FOR PRODUCTION NO. 11:**  Produce all documents and communications relied upon in preparing, or reviewed while preparing, your response to Interrogatory No. 11.

RESPONSE:

Objection assumes facts not in evidence. Objection overly broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead to discovery of admissible evidence. Objection to Interrogatory No. 11 as vague regarding "unsanitary living conditions."  The discovery request

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 30
EX 7_P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

also implicates RCW 70.28.100 and privacy protection. Objection to the extent that Interrogatory No. 11 seeks an admission.  Further objection, outside the scope of class certification question, and the request is disproportionate to the needs of this case.  Objection to the extent that the discovery request seeks attorney-client and/or work product. Without waiving objection, and limiting answer to Plaintiff Wolfclan, Plaintiff Wolfclan was not denied the ability to submit a grievance. Plaintiff has provided no evidence to support this allegation.  Discovery and investigation continue.

**REQUEST FOR PRODUCTION NO. 12:**  Produce all documents and communications relied upon in preparing, or reviewed while preparing, your response to Interrogatory No. 12.

RESPONSE:

Objection to the extent that the discovery request seeks attorney-client and/or work product information or materials.  Without waiving objection, see report produced with Defendants' Initial Disclosures at Bates #400412-400424.

**REQUEST FOR PRODUCTION NO. 13:**  Produce all documents and communications relied upon in preparing, or reviewed while preparing, your response to Interrogatory No. 13.

RESPONSE:

Objection to the extent that the discovery request seeks attorney-client and/or work product information or materials.  Without waiving objection, see Defendants' Initial Disclosures. Discovery and investigation continue.

**REQUEST FOR PRODUCTION NO. 14:**  Produce all documents and communications relied upon in preparing, or reviewed while preparing, your response to Interrogatory No. 14.

RESPONSE:

The discovery request implicates RCW 70.28.100 and privacy protection. Objection to the extent that this discovery request is/would be duplicative to Interrogatory No. 8 and Request for

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 31
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

Production No. 8. Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation. Objection to the extent that the discovery request seeks attorney-client and/or work product. Without waiving objections and limiting answer to Plaintiff Wolfclan, see Plaintiff's Jail file produced with Initial Disclosures, Bates stamp 400001-400400, 400425-400518, 400528-400532, and 400543-400546. Additionally, see Plaintiff Wolfclan's Jail file from his most recent incarceration at the Pierce County Jail identified as follows:

- WOLFCLAN DEF PC 400550-400923

**REQUEST FOR PRODUCTION NO. 15:**  Produce all documents and communications between Defendants and any inmates or employees of Pierce County Jail related to issues of backflow of toilets, plumbing, sanitation, maintenance or inspection of the same, and/or complaints thereof, including submitted grievances or requests to file grievances, from 2012 to Present.

RESPONSE:

The discovery request implicates RCW 70.28.100 and privacy protection. Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation.   Objection to the extent that the discovery request seeks attorney-client and/or work product. Objection to the extent that the discovery request seeks an admission.  Objection vague as to "jail related issues of backflow of toilets, plumbing, sanitation, maintenance or inspection." The discovery request is duplicative and/or seeks duplicative materials as Requests for Production 16, 21, 24, 27.  Without waving objections and limiting answer to Plaintiff Wolfclan, Jail location 3NA and the time period of

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 32
EX 7  P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

April 8, 2020 to the date of the initial Complaint May 2, 2023: In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization. See also the following:

- GRIEVANCE PROCEDURE
  WOLFCLAN DEF PC 400949-400952

- INMATE CORRESPONDENCE
  WOLFCLAN DEF PC 400953-400960

SUPPLEMENTAL ANSWER 08/15/2024:    To the extent that production to Request for Production No. 5 is responsive, see Bates Number 401902.

**REQUEST FOR PRODUCTION NO. 16:**  Produce all documents and communications related to Grievance 554280, Grievance 530542, or any other grievance filed by Plaintiff or any other inmate related to sewage, backflow of toilets, sanitation issues, and/or maintenance of the same, from 2012 to Present.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead to discovery of admissible evidence. Plaintiff's request is improper and seeks all documents and communications produced and/or relating to prior legal matter *Davey v. Pierce Co. et al.*, Cause No. 3:21-cv-05068. See *King Co. v. Merrill Lynch & Co.*, 2011 WL 3438491, at *3 (cloned discovery).  The discovery request implicates RCW 70.28.100 and privacy protection. Objection vague as to "related to sewage, backflow of toilets, sanitation issues, and/or maintenance." The discovery request is duplicative and/or seeks duplicative materials as Requests for Production 4, 15.  The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation.   Objection to the extent that the discovery request seeks attorney-client and/or work product.  Without waving objections and limiting answer to Plaintiff Wolfclan, Jail location 3NA and the time period of April 8, 2020 to the date of the

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 33
EX 7_P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

initial Complaint May 2, 2023: In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization. See also Plaintiff's Jail file produced with Initial Disclosures, Bates stamp 400001-400400, 400425-400518, 400528-400532, and 400543-400546.  Additionally, see Plaintiff Wolfclan's Jail file from his most recent incarceration at the Pierce County Jail identified as follows:

- WOLFCLAN DEF PC 400550-400923

**REQUEST FOR PRODUCTION NO. 17:**  Produce documents (including but not limited to shift schedules or time sheets) sufficient to show which correctional officers and/or other officers or guards or other employees were assigned to work in the 3 North A Unit of Pierce County Jail each day from 2012 to Present.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation.  Objection vague as to "documents…sufficient to show…". Further objection, the discovery request is outside the scope of class certification question. Objection to the extent that the discovery request seeks information related to employment outside of Pierce County, including but not limited to NaphCare workers, and such information would not be in the care, custody or control of the Defendants. Without waving objections and limiting answer to Pierce County employees, Jail location 3NA and the time period of April 8, 2020, to the date of the initial Complaint May 2, 2023: This discovery request will be supplemented.

**SUPPLEMENTAL RESPONSE 08-22-2024:   See documents produced by Defendants Pierce County as follows:**

- **3N CD ASSIGNMENTS DAY SHIFT**

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 34
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax: (253) 798-6713

**WOLFCLAN DEF PC 401903-401967**

- **3N CD ASSIGNMENTS GRAVE SHIFT WOLFCLAN DEF PC 401968-402001**

- **3N CD ASSIGNMENTS SWING SHIFT WOLFCLAN DEF PC 402002-402065**

**REQUEST FOR PRODUCTION NO. 18:**    Produce all records related to Plaintiff, including but not limited to, disciplinary, medical, grievances, commissary, and/or any other records related to Plaintiff from any period in which he was detained at Pierce County Jail.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation. The discovery request is duplicative and/or seeks duplicative materials as Requests for Production 15, 26, 27, 30. Without waiving objections, see Defendants' Initial Disclosure, Plaintiff Jail file at Bates stamp 400001-400400, 400425-400518, 400528-400532, and 400543-400546. Additionally, see Plaintiff Wolfclan's Jail file from his most recent incarceration at the Pierce County Jail identified as follows:

- WOLFCLAN DEF PC 400550-400923

See also, Request for Production No. 30 regarding Plaintiff Wolfclan phone calls.

**REQUEST FOR PRODUCTION NO. 19:**    Produce a map or layout of Pierce County Jail that shows all of the units, cells, and locations of each toilet.

RESPONSE:

Objection the discovery request raises concerns regarding security in the jail and safety to staff and all other individuals in the jail. Without waiving objections and limiting answer to Jail location 3NA: Please contact defense counsel to discuss response subject to protective order.

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 35
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

8/2/24 SUPPLEMENTAL RESPONSE:

Pursuant to Protective Order: See Bates No. 401900-401901

**REQUEST FOR PRODUCTION NO. 20:**  Produce all documents and communications related to the design, installation, maintenance, inspection, and/or replacement of any portion of the plumbing at Pierce County Jail since 1985 to Present.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation. Objection to the extent that the discovery request implicates RCW 70.28.100 and privacy protection. Objection vague as to "design, installation, maintenance, inspection, and/or replacement of any portion of the plumbing." The discovery request is duplicative and/or seeks duplicative materials as Requests for Production 2, 15, 16, 24. Objection to the extent that the discovery request seeks attorney-client and/or work product. Objection the discovery request raises concerns regarding security in the jail and safety to staff and all other individuals in the jail. Without waiving objections and limiting answer to Jail location 3NA and the time period of April 8, 2020, to the date of the initial Complaint May 2, 2023: In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization. Please contact defense counsel to discuss response subject to protective order.

8/2/24 SUPPLEMENTAL RESPONSE:

Pursuant to Protective Order:  See Bates No. 401892-401899

**REQUEST FOR PRODUCTION NO. 21:**  Produce all documents and communications related to the backflow of toilets, sewage issues, sanitation issues, or the living or working conditions created thereby, at Pierce County Jail since 2012 to Present.

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 36
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax: (253) 798-6713

RESPONSE:

Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation. Objection to the extent that the discovery request implicates RCW 70.28.100 and privacy protection. Objection vague as to "backflow of toilets, sewage issues, sanitation issues, or the living or working conditions created thereby." Further objection, outside the scope of Plaintiff's claims and the scope of class certification question, including but not limited to "working conditions." The request is also disproportionate to the needs of this case. Objection to the extent that the discovery request seeks attorney-client and/or work product. The discovery request is duplicative to and/or seeks duplicative materials as Requests for Production 15, 16, 24, 27. Without waiving objections, and limiting answer to Jail location 3NA and the time period of April 8, 2020, to the date of the initial Complaint May 2, 2023: In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization.

SUPPLEMENTAL ANSWER 08/15/2024:   To the extent that production to Request for Production No. 5 is responsive, see Bates Number 401902

**REQUEST FOR PRODUCTION NO. 22:**  Provide all documents and communications related to the two lawsuits filed in 2012 against Pierce County regarding toilet issues at Pierce County Jail (*Meyer-Clemmons v. Karr*, No. C11-5603-RBL-JRC, 2012 WL 709596 (W.D. Wash. Feb. 3, 2012); *Steele v. Kerr*, No. C11-5793-BHS-JRC, 2012 WL 710096 (W.D. Wash. Jan. 31, 2012)).

RESPONSE:

Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. Plaintiff's request is improper and seeks all documents and

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 37
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

communications produced and/or relating to prior legal matters. See *King Co. v. Merrill Lynch & Co.*, 2011 WL 3438491, at *3 (cloned discovery).  Objection to the extent that the discovery request implicates RCW 70.28.100 and privacy protection. Further objection, outside the scope of class certification question.  Objection to the extent that the discovery request seeks attorney-client and/or work product. Without waiving objections: Both cases dismissed on Fed. R. Civ. P. 12(b)(6) and pleadings available through the Federal Public Access to Court Electronic Records (PACER) service.

**REQUEST FOR PRODUCTION NO. 23:** Provide all documents and communications related to the plumber "Jason" who was sent to Plaintiff's cell to snake his toilet on or around December 18, 2020.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation. The discovery request is duplicative to and/or seeks duplicative materials as Requests for Production 2, 7, 15, 20. Objection to the extent that the discovery request implicates RCW 70.28.100 and privacy protection. Further objection, outside the scope of class certification question.  Objection vague as to "plumber 'Jason'."  Objection to the extent that the discovery request seeks attorney-client and/or work product. Without waiving objections and limiting answer to Plaintiff Wolfclan, Jail location 3NA and the time period of April 8, 2020, to the date of the initial Complaint May 2, 2023: In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization.

**REQUEST FOR PRODUCTION NO. 24:**  Produce all documents and communications between Ms. or Mrs. Herbison, who upon information and belief was an Officer or Cluster Officer

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 38
EX 7_P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax: (253) 798-6713

in 2021, and any inmates or employees of Pierce County Jail related to sewage issues, toilet backflow issues, sanitation issues, and maintenance regarding the same, from 2012 to Present.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation. The discovery request is duplicative to and/or seeks duplicative materials as Requests for Production 15. Objection to the extent that the discovery request implicates RCW 70.28.100 and privacy protection. Further objection, outside the scope of class certification question. Objection vague as to "sewage issues, toilet backflow issues, sanitation issues, and maintenance regarding the same." Objection to the extent that the discovery request seeks attorney-client and/or work product. Without waiving objections and limiting answer to Plaintiff Wolfclan, Jail location 3NA and the time period of April 8, 2020, to the date of the initial Complaint May 2, 2023: In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization.

**REQUEST FOR PRODUCTION NO. 25:** Provide all documents and communications related to Plaintiff's transfer to or from any unit and/or any cell within a unit in Pierce County Jail between April 4, 2022, and Present.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation. The discovery request is duplicative to and/or seeks duplicative materials as Requests for Production 18. Further objection, outside the scope of class certification question. Objection to the extent that

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 39
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

the discovery request seeks attorney-client and/or work product. Without waiving objections: Plaintiff's Jail file produced with Initial Disclosures, Bates stamp 400001-400400, 400425-400518, 400528-400532, and 400543-400546. Additionally, see Plaintiff Wolfclan's Jail file from his most recent incarceration at the Pierce County Jail identified as follows:

- WOLFCLAN DEF PC 400550-400923

In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization.

**REQUEST FOR PRODUCTION NO. 26:** Provide all documents and communications related to any discipline or disciplinary proceeding to which Plaintiff was subject at any point during any incarceration in Pierce County Jail.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation. The discovery request is duplicative to and/or seeks duplicative materials as Requests for Production 18, 27. Objection to the extent that the discovery request implicates RCW 70.28.100 and privacy protection. Further objection, outside the scope of class certification question. Objection to the extent that the discovery request seeks attorney-client and/or work product. Without waiving objections and limiting answer to Plaintiff Wolfclan, Jail location 3NA and the time period of April 8, 2020, to the date of the initial Complaint May 2, 2023: In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization.

**REQUEST FOR PRODUCTION NO. 27:** Provide all documents and communications related to any discipline or disciplinary proceeding to which any detainee or inmate was subject at

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 40
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

any point while detained or incarcerated at Pierce County Jail in any way related to cleaning supplies (or lack thereof), plumbing issues, toilet backflow or other malfunction, or complaints/grievances, whether formal or informal, made about any of the aforementioned topics.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation. The discovery request is duplicative to and/or seeks duplicative materials as Requests for Production 4, 15, 18, 26. Objection to the extent that the discovery request implicates RCW 70.28.100 and privacy protection. Objection to the extent that the discovery request seeks an admission. Further objection, outside the scope of class certification question.  Objection vague as to "cleaning supplies (or lack thereof), plumbing issues, toilet backflow or other malfunction, or complaints/grievances whether formal or informal…"  Objection to the extent that the discovery request seeks attorney-client and/or work product. Without waiving objections and limiting answer to Plaintiff Wolfclan, Jail location 3NA and the time period of April 8, 2020, to the date of the initial Complaint May 2, 2023: In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization.

**REQUEST FOR PRODUCTION NO. 28:** Provide any report, summary, or other document regarding whether any aspect of the plumbing at Pierce County Jail (or portion thereof) is compliant with any applicable regulation, code, ordinance, or other legal requirement.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R.  Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation. The

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 41
EX 7_P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

discovery request is duplicative to and/or seeks duplicative materials as Requests for Production 29. Objection vague as to "report, summary, or other document," "complaint with any applicable regulation, code, ordinance, or other legal requirement." Without waiving objections and limiting answer to Jail location 3NA and the time period of April 8, 2020, to the date of the initial Complaint May 2, 2023: In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization.

**REQUEST FOR PRODUCTION NO. 29:** Provide all documents and communications related either to (1) any report, summary, or other document any report, summary, or other document regarding whether any aspect of the plumbing at Pierce County Jail (or portion thereof) is compliant with any applicable regulation, code, ordinance, or other legal requirement, or (2) the preparation or drafting of any such report, summary, or other document.

RESPONSE:

Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead to discovery of admissible evidence. The request is disproportionate to the needs in this case and seeks information that would not be relevant to the claims and defenses in this litigation. The discovery request is duplicative to and/or seeks duplicative materials as Requests for Production 28. Objection vague as to "related," "report, summary, or other document any report, summary, or other document," "any aspect of the plumbing," "preparation or drafting…" Objection to the extent that the discovery request seeks attorney-client and/or work product. Without waiving objections and limiting answer to Jail location 3NA and the time period of April 8, 2020, to the date of the initial Complaint May 2, 2023: In order to identify potential responsive information, the discovery request implicates ESI protocol. Supplement pending ESI protocol finalization.

**REQUEST FOR PRODUCTION NO. 30:** Provide a copy of any transcript and/or audio recording of Plaintiff Wolfclan's telephone calls from April 4, 2023, to August 15, 2023.

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 42
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

1    RESPONSE:

2    Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead

3    to discovery of admissible evidence. The request seeks information that would not be relevant to

4    the claims and defenses in this litigation. Further objection, outside the scope of class certification

5    question. Without waiving objections: Audio recordings attached.

6    **REQUEST FOR PRODUCTION NO. 31:** Provide a copy of all documents and

7    communications related to the inspection of Cell Block 3 North A on or around April 26, 2023.

8    RESPONSE:

9    Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead

10    to discovery of admissible evidence. The request is disproportionate to the needs in this case and

11    seeks information that would not be relevant to the claims and defenses in this litigation. Objection

12    to the extent that the discovery request implicates RCW 70.28.100 and privacy protection. The

13    discovery request is duplicative to and/or seeks duplicative materials as other discovery requests.

14    Objection to the extent that the discovery request seeks attorney-client and/or work product.

15    Without waiving objections and limiting answer to Plaintiff Wolfclan, Jail location 3NA and the

16    time period of April 8, 2020, to the date of the initial Complaint May 2, 2023: In order to identify

17    potential responsive information, the discovery request implicates ESI protocol. Supplement

18    pending ESI protocol finalization.

19    **REQUEST FOR PRODUCTION NO. 32:** Provide a copy of all documents and

20    communications referencing or related to the October 1, 2014, Main Jail Water Closet

21    Replacement Pre-Design report created by Hultz BHU Consulting Engineers, Inc.

22    RESPONSE:

23    Objection overly broad and beyond the scope of Fed. R. Civ. P. 26, and not likely to lead

24    to discovery of admissible evidence. The request seeks information that would not be relevant to

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 43
EX 7 P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

the claims and defenses in this litigation. Objection to the extent that the discovery request seeks

attorney-client and/or work product. Without waiving objections and limiting answer to the time

period of April 8, 2020, to the date of the initial Complaint May 2, 2023: No documents.

DATED this 22nd day of August, 2024.

MARY E. ROBNETT
Pierce County Prosecuting Attorney

s/ FRANK A. CORNELIUS
FRANK A. CORNELIUS, WSBA # 29590
Deputy Prosecuting Attorney / Civil
930 Tacoma Avenue South, Suite 946
Tacoma, WA  98402-2102
Ph: 253-798-6514 / Fax: 253-798-6713
frank.cornelius@piercecountywa.gov

## CERTIFICATE OF SERVICE

On August 22, 2024, I hereby certify that I electronically sent the foregoing PLAINTIFF ECHOTA WOLCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS AND FOURTH SUPPLEMENTAL ANSWERS THERETO RE: INTERROGATORY NO. 2, REQUEST FOR PRODUCTION NO. 2, REQUEST FOR PRODUCTION NO. 15, AND REQUEST FOR PRODUCTION NO. 21 to the following:

Mark P. Walters / WSBA #30819
Mitchell D. West / WSBA #53103
LOWE GRAHAM JONES, PLLC
1325 Fourth Avenue, Suite 1130
Seattle, WA  98101
Office:  (206) 381-3300; Fax: (206) 381-3301
walters@LoweGrahamJones.com
west@lowegrahamjones.com
voigt@lowegrahamjones.com

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL ANSWERS THERETO** - 44
EX 7  P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

Lisa R. Elliott / WSBA #41803
THE LAW OFFICES OF LISA R. ELLIOTT
11120 NE 2nd St., Suite 100
Bellevue, WA  98004
Office: (253) 514-7866
lmarieroybal@gmail.com

J. Scott Pritchard / WSBA #50761
Michael P. Rubin / WSBA #59598
Alissa N. Harris / WSBA #59368
STOEL RIVES, LLP
600 University Street, Suite 3600}
Seattle, WA  98101
Office: (206) 624-0900
scott.pritchard@stoel.com
michael.rubin@stoel.com
ali.harris@stoel.com

s/ NADINE BRITTAIN
NADINE BRITTAIN
Legal Assistant / Civil
930 Tacoma Avenue South, Suite 946
Tacoma, WA 98402-2102
Ph:  253-798-6081 / Fax:  253-798-6713
nadine.christian-brittain@piercecountywa.gov

PLAINTIFF ECHOTA WOLFCLAN'S FIRST INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANT **AND FOURTH SUPPLEMENTAL
ANSWERS THERETO** - 45
EX 7  P_s 1st Set of Rogs and RFPs to PC and 4th Supplemental Answers Thereto.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax: (253) 798-6713