UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ECHOTA C. WOLFCLAN, | |
|---|---|
| Plaintiff, | Case No. C23-5399-TSZ-SKV |
| v. | |
| PIERCE COUNTY, *et al*., | ORDER GRANTING MOTION TO FILE OVER-LENGTH BRIEFS |
| Defendants. | |

This is a civil rights action proceeding under 42 U.S.C. § 1983. This matter comes before the Court on Plaintiff's motion for leave to file over-length briefs for all briefing related to his motion to compel. Dkt. 115. The Court, having reviewed Plaintiff's motion, hereby GRANTS the motion and establishes the following word-limit constraints:

| **Brief** | **Word Limit** |
|---|---|
| Motion | 5,500 |
| Response | 5.500 |
| Reply | 3,200 |

These limitations shall apply to the briefing on both Plaintiff's motion to compel (Dkt. 118) and on Defendants' motion for protective order (Dkt. 116). The parties are reminded that,

ORDER GRANTING MOTION TO
FILE OVER-LENGTH BRIEFS - 1

in accordance with LCR 7(e)(6), a certification as to the number of words must be included in the signature block of each document submitted for consideration.

The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Thomas S. Zilly.

DATED this 5th day of September, 2024.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING MOTION TO
FILE OVER-LENGTH BRIEFS - 2