THE HONORABLE THOMAS S. ZILLY
THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ECHOTA C. WOLFCLAN, on behalf of himself and other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>PIERCE COUNTY, et al.,<br><br>Defendants. | Case No. 3:23-cv-05399-TSZ-SKV<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE<br><br>NOTE ON MOTION CALENDAR:<br>August 27, 2024 |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

The Court, having considered all papers submitted in support and in opposition of the Motion for Briefing Schedule, and upon good cause appearing, **HEREBY ORDERS THE FOLLOWING**:

1. The Court hereby **GRANTS** the Motion in its entirety.

2. Plaintiff's Response to Defendants' Motion for Protective Order is due no later than September 11, 2024.

3. Defendants' Response to Plaintiff's Motion to Compel is due no later than September 11, 2024.

4. Plaintiff's Reply brief, if any, is due no later than September 17, 2024.

5. Defendants' Reply brief, if any, is due no later than September 17, 2024

ORDER GRANTING PARTIES' MOTION FOR BRIEFING SCHEDULE – 1
(3:23-cv-05399-TSZ-SKV)

| | |
|---|---|
| 1 | DATED this 5th day of September, 2024. |
| 2 | |
| 3 | |
| 4 | _Signature: S. Kate Vaughan_<br>S. KATE VAUGHAN<br>United States Magistrate Judge |
| 5 | |
| 6 | |
| 7 | Presented by: |
| 8 | STOEL RIVES LLP |
| 9 | |
| 10 | By: /s/ Scott Pritchard<br>Scott Pritchard, WSBA No. 50761 |
| 11 | Michael P. Rubin, WSBA No. 59598<br>Alissa Harris, WSBA No. 59368 |
| 12 | STOEL RIVES LLP<br>600 University Street, Suite 3600 |
| 13 | Seattle, WA 98101<br>Telephone: 206-624-0900 |
| 14 | Facsimile: 206-386-7500 |
| 15 | Email: scott.pritchard@stoel.com<br>         michael.rubin@stoel.com<br>         ali.harris@stoel.com |
| 16 | |
| 17 | By: /s/ Mark P. Walters<br>Mark P. Walters, WSBA No. 30819 |
| 18 | Mitchell D. West, WSBA No. 53103<br>1325 Fourth Avenue, Suite 1130 |
| 19 | Seattle, WA 98101 |
| 20 | Telephone: 206-381-3300<br>Facsimile: 206-381-3301 |
| 21 | Email: walters@lowegrahamjones.com<br>         west@lowegrahamjones.com |
| 22 | |
| 23 | *Attorneys for Plaintiff Echota Wolfclan* |
| 24 | |
| 25 | |
| 26 | |

ORDER GRANTING PARTIES' MOTION FOR BRIEFING SCHEDULE – 2
(3:23-cv-05399-TSZ-SKV)

1  By: /s/ Frank Cornelius
2  Pierce County Prosecuting Attorney's Ofc.
   Frank Cornelius, WSBA No. 29590
3  Jana Hartman, WSBA No. 35524
   955 Tacoma Ave. S., Ste. 301
4  Tacoma, WA 98402-2160
   Telephone: 253.798.6514
5  Facsimile: 253.798.6713
   Email: frank.cornelius@piercecountywa.gov
6
7  *Attorney for Defendants*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING PARTIES' MOTION FOR BRIEFING SCHEDULE – 3
(3:23-cv-05399-TSZ-SKV)

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated this 23rd day of August 2024.

*/s/ Scott Pritchard*
Scott Pritchard, WSBA No. 50761
*Attorney for Plaintiff Echota Wolfclan*

ORDER GRANTING PARTIES' MOTION FOR BRIEFING SCHEDULE – 4
(3:23-cv-05399-TSZ-SKV)

124423858.1 0099820-01207

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*