UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ECHOTA C. WOLFCLAN, et al.

                Plaintiffs,

  v.

PIERCE COUNTY, *et al.*,

                Defendants.

Case No. C23-5399-TSZ-SKV

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable S. Kate Vaughan, United States Magistrate Judge:

Plaintiffs filed their Second Amended Complaint on October 11, 2024. Dkt. 135. Defendants have not, to date, filed an Answer in response to the amended pleading. The Court, as such, herein ORDERS Defendants to submit an Answer to the Second Amended Complaint on or before **January 8, 2025**.

DATED this 18th day of December, 2024.

                                                  Ravi Subramanian
                                                  Clerk of Court

                                                  By: Stefanie Prather
                                                  Deputy Clerk

MINUTE ORDER - 1