UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ECHOTA C. WOLFCLAN and ZAKERY BONDS, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PIERCE COUNTY, et al.,<br><br>Defendants. | NO. C23-5399-TSZ-SKV<br><br>[~~PROPOSED~~]<br><br>ORDER GRANTING MOTION AND AGREED STIPULATION TO EXTEND CASE SCHEDULE DATES<br><br>NOTED: 12/18/2024 |

THIS MATTER having come before the above-captioned Court upon the Motion and Agreed Stipulation to Extend Case Schedule Dates by Plaintiffs Echota C. Wolfclan and Zakery Bonds, and Defendants Pierce County, Dkt. 140, the Court having considered the records and files herein it is hereby:

ORDERED, ADJUDGED, AND DECREED that the parties' stipulated motion to extend is GRANTED and a new case schedule issued as follows:

| Event | New Date |
|---|---|
| Dkt. 134 document production deadline, with documents to be produced on a rolling basis every two weeks beginning as of the date of the entry of this order. | 6/30/25 |

~~PROPOSED~~ ORDER GRANTING MOTION AND AGREED STIPULATION TO EXTEND CASE SCHEDULE DATES - 1
Wolfclan v. Pierce County 23-5399 - Order - Stip Order Ext Deadlines.docx
USDC WAWD No. C23-5399-TSZ-SKVError! Reference source not found.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

| Disclosure of expert testimony under FRCP 26(a)(2) | **8/29/25** |
|---|---|
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | **9/30/25** |
| All motions related to discovery must be filed by this date and noted for consideration no earlier than 21 days thereafter (*see* LCR 7(d)(3)) | **10/31/25** |
| All discovery must be completed by this date | **11/21/25** |
| Plaintiffs' motion for class certification, any motions related to other class certification issues, and any motions for summary judgment relating to individual claims or issues must be filed by this date | **12/19/25** |
| Defendants' opposition to Plaintiffs' motion for class certification, and any responses to motions related to other class certification issues or to motions for summary judgment relating to individual claims or issues must be filed by this date | **1/19/26** |
| Plaintiffs' reply in support of motion for class certification, and any replies in support of motions related to other class certification issues or to motions for summary judgment relating to individual claims or issues must be filed by this date | **2/20/26** |

DONE IN OPEN COURT this 20th day of December, 2024.

_S. Kate Vaughan_ (signature)

S. KATE VAUGHAN
United States Magistrate Judge

PROPOSED ORDER GRANTING MOTION AND AGREED STIPULATION TO EXTEND CASE SCHEDULE DATES - 2
Wolfclan v. Pierce County 23-5399 - Order - Stip Order Ext Deadlines.docx
USDC WAWD No. C23-5399-TSZ-SKVError! Reference source not found.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713